# EXHIBIT B

 **CT Corporation**

**Service of Process Transmittal**
08/01/2019
CT Log Number 535972875

**TO:** KEVIN PATTERSON
AMERICAN AIRLINES GROUP INC.
4333 Amon Carter Blvd, MD-5675
Fort Worth, TX 76155-2664

**RE:** Process Served in New York

**FOR:** American Airlines, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | SHIRLEY BROWN, PLTF. vs. AMERICAN AIRLINES GROUP INC. AND JANE DOE, DFTS. |
| **DOCUMENT(S) SERVED:** | Summons, Verified Complaints |
| **COURT/AGENCY:** | Queens County: Supreme Court, NY<br>Case # 7068052019 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 08/28/2017 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, New York, NY |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 08/01/2019 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED:** | New York |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after the service of this summons, exclusively of the day of service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | JACOB L. LEVINE<br>LERNER, ARNOLD & WINSTON, LLP<br>475 Park Avenue South, 28th Floor<br>New York, NY 10016<br>212-686-4655 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via UPS Next Day Air , 1ZX212780125488707<br><br>Image SOP<br><br>Email Notification, Jamie Lagus  Jamie.F.Lagus@aa.com<br><br>Email Notification, KEVIN PATTERSON  kevin.patterson@aa.com<br><br>Email Notification, Lester Gipson  lester.gipson@aa.com<br><br>Email Notification, DEDE HASSELL  dede.hassell@aa.com |
| **SIGNED:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>28 Liberty St<br>42 Floor<br>New York, NY 10005-1400<br>212-590-9070 |

Page 1 of 1 / PS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

DOS 470 (Rev. 10/09)

**DEPARTMENT OF STATE**
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231-0001

Return Services Requested



USPS CERTIFIED MAIL

9214 8969 0059 7931 0212 72

201907250021
C T CORPORATION SYSTEM
28 LIBERTY ST.
NEW YORK NY, 10005

State of New York - Department of State
Division of Corporations

Party Served:
AMERICAN AIRLINES, INC.

Plaintiff/Petitioner:
BROWN, SHIRLEY

C T CORPORATION SYSTEM
28 LIBERTY ST.
NEW YORK, NY 10005

Dear Sir/Madam:
Enclosed herewith is a legal document which was served upon the Secretary of State on 07/12/2019 pursuant to SECTION 306 OF THE BUSINESS CORPORATION LAW. This copy is being transmitted pursuant to such statute to the address provided for such purpose.

Very truly yours,
Division of Corporations