# Exhibit C

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF QUEENS

Attorney: LERNER ARNOLD & WINSTON LLP - 1761

SHIRLEY BROWN

Plaintiff(s)

Index #: 706805/2019

Purchased: April 17, 2019

Date Filed:

- against -

AMERICAN AIRLINES GROUP INC. AND JANE DOE

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

STEVEN C AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 12, 2019 at 12:15 PM at

THE OFFICE OF THE SECRETARY OF STATE
99 WASHINGTON AVENUE
ALBANY, NY 12231

deponent served the within two true copies of the SUMMONS & COMPLAINT on AMERICAN AIRLINES, INC. S/H/A AMERICAN AIRLINES GROUP INC., the defendant/respondent therein named,

**SECRETARY OF STATE**   by delivering two true copies to SUE ZOUKY personally, an agent in the office of the Secretary of State of the State of New York and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under Section 306 of the Business Corporation Law and tendering the required fee of $40.00.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|------|-----------|-----------|---------------|-----------------|-----------------|
| FEMALE | WHITE | BLONDE | 55 | 5'1 | 150 |

The Summons Served had endorsed thereon the Index number and date of filing.

Sworn to me on:  July 16, 2019

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified In New York County
Commission Expires August 1, 2022

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified In New York County
Commission Expires April 18, 2021

Gotham Process Inc.
299 Broadway
New York NY 10007

**STEVEN C AVERY**

Docket #:   *1125477*

1 of 1