# EXHIBIT D

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-------------------------------------------------------------X
SHIRLEY BROWN,

                        Plaintiff,

-against-

AMERICAN AIRLINES GROUP INC. and
JANE DOE

                        Defendants.
-------------------------------------------------------------X

Index No.: 706805/2019

STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by the undersigned attorneys that:

Defendant, American Airlines Group Inc.'s time to answer, plead and/or otherwise move to the Plaintiff's Complaint is extended up to and including September 10, 2019.

Dated: August 8, 2019
       New York, New York

By:_____
Alice Chan
CHAN & GRANT, LLP
Attorneys for Defendant
American Airlines Group Inc.
61 Lexington Avenue – Suite 1G
New York, NY 10010
(646) 779- 4700

By:_____
Jacob L. Levine
LERNER, ARNOLD & WINSTON, LLP
Attorneys for Plaintiff
475 Park Avenue South, 28th Floor
New York, New York 10016
(212) 686-4655

1