# EXHIBIT P

## REQUEST FOR JUDICIAL INTERVENTION

UCS-840
(rev. 07/29/2019)

**SUPREME** ▼ COURT, COUNTY OF **QUEENS** ▼

Index No: _706805/2019_   Date Index Issued: _04/17/2019_

| For Court Use Only: |
| --- |
| IAS Entry Date |
| Judge Assigned |
| RJI Filed Date |

**CAPTION**   Enter the complete case caption. Do not use et al or et ano. If more space is needed, attach a caption rider sheet.

SHIRLEY BROWN

Plaintiff(s)/Petitioner(s)

-against-

AMERICAN AIRLINES GROUP INC., JANE DOE, and AMERICAN AIRLINES INC.

Defendant(s)/Respondent(s)

**NATURE OF ACTION OR PROCEEDING**   Check only one box and specify where indicated.

**COMMERICIAL**
- ○ Business Entity (includes corporations, partnerships, LLCs, LLPs, etc.)
- ○ Contract
- ○ Insurance (where insurance company is a party, except arbitration)
- ○ UCC (includes sales and negotiable instruments)
- ○ Other Commercial (specify): _____

*NOTE: For Commercial Division assignment requests pursuant to 22 NYCRR 202.70(d), complete and attach the COMMERCIAL DIVISION RJI ADDENDUM (UCS-840C).*

**REAL PROPERTY**   Specify how many properties the application includes: _____
- ○ Condemnation
- ○ Mortgage Foreclosure (specify):   ○ Residential   ○ Commercial
  Property Address: _____
  *NOTE: For Mortgage Foreclosure actions involving a one to four-family, owner-occupied residential property or owner-occupied condominium, complete and attach the FORECLOSURE RJI ADDENDUM (UCS-840F).*
- ○ Tax Certiorari
- ○ Tax Foreclosure
- ○ Other Real Property (specify): _____

**OTHER MATTERS**
- ○ Certificate of Incorporation/Dissolution   [see *NOTE* in COMMERCIAL section]
- ○ Emergency Medical Treatment
- ○ Habeas Corpus
- ○ Local Court Appeal
- ○ Mechanic's Lien
- ○ Name Change
- ○ Pistol Permit Revocation Hearing
- ○ Sale or Finance of Religious/Not-for-Profit Property
- ○ Other (specify): _____

**MATRIMONIAL**
- ○ Contested
  *NOTE: If there are children under the age of 18, complete and attach the MATRIMONIAL RJI ADDENDUM (UCS-840M).*
  *For Uncontested Matrimonial actions, use the Uncontested Divorce RJI (UD-13).*

**TORTS**
- ○ Asbestos
- ○ Child Victims Act
- ○ Environmental (specify): _____
- ○ Medical, Dental or Podiatric Malpractice
- ○ Motor Vehicle
- ○ Products Liability (specify): _____
- ◉ Other Negligence (specify): Personal Injury
- ○ Other Professional Malpractice (specify): _____
- ○ Other Tort (specify): _____

**SPECIAL PROCEEDINGS**
- ○ CPLR Article 75 (Arbitration) [see *NOTE* in COMMERCIAL section]
- ○ CPLR Article 78 (Body or Officer)
- ○ Election Law
- ○ Extreme Risk Protection Order
- ○ MHL Article 9.60 (Kendra's Law)
- ○ MHL Article 10 (Sex Offender Confinement-Initial)
- ○ MHL Article 10 (Sex Offender Confinement-Review)
- ○ MHL Article 81 (Guardianship)
- ○ Other Mental Hygiene (specify): _____
- ○ Other Special Proceeding (specify): _____

**STATUS OF ACTION OR PROCEEDING**   Answer YES or NO for every question and enter additional information where indicated.

|  | YES | NO |  |
| --- | --- | --- | --- |
| Has a summons and complaint or summons with notice been filed? | ◉ | ○ | If yes, date filed: _04/17/2019_ |
| Has a summons and complaint or summons with notice been served? | ◉ | ○ | If yes, date served: _07/12/2019_ |
| Is this action/proceeding being filed post-judgment? | ○ | ◉ | If yes, judgment date: _____ |

**NATURE OF JUDICIAL INTERVENTION**   Check one box only and enter additional information where indicated.

- ○ Infant's Compromise
- ○ Extreme Risk Protection Order Application
- ○ Note of Issue/Certificate of Readiness
- ○ Notice of Medical, Dental or Podiatric Malpractice   Date Issue Joined: _____
- ○ Notice of Motion   Relief Requested: _____   Return Date: _____
- ○ Notice of Petition   Relief Requested: _____   Return Date: _____
- ○ Order to Show Cause   Relief Requested: _____   Return Date: _____
- ○ Other Ex Parte Application   Relief Requested: _____
- ○ Poor Person Application
- ◉ Request for Preliminary Conference
- ○ Residential Mortgage Foreclosure Settlement Conference
- ○ Writ of Habeas Corpus
- ○ Other (specify): _____

| RELATED CASES | List any related actions. For Matrimonial cases, list any related criminal or Family Court cases. If none, leave blank. |
|---|---|

If additional space is required, complete and attach the **RJI ADDENDUM (UCS-840A)**.

| Case Title | Index/Case Number | Court | Judge (if assigned) | Relationship to instant case |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| PARTIES | For parties without an attorney, check the "Un-Rep" box and enter the party's address, phone number and email in the space provided. |
|---|---|

If additional space is required, complete and attach the **RJI ADDENDUM (UCS-840A)**.

| Un-Rep | Parties: List parties in same order as listed in the caption and indicate roles (e.g., plaintiff, defendant, 3rd party plaintiff, etc.) | Attorneys and Unrepresented Litigants: For represented parties, provide attorney's name, firm name, address, phone and email. For unrepresented parties, provide party's address, phone and email. | Issue Joined: For each defendant, indicate if issue has been joined. | Insurance Carriers: For each defendant, indicate insurance carrier, if applicable. |
|---|---|---|---|---|
| ☐ | Name: Shirley Brown Role(s): Plaintiff | Jacob L. Levine, Lerner, Arnold & Winston, LLP, 475 Park Avenue South, 28th Floor New York, NY 10016, (212) 686-4655, jlevine@lawpartnersllp.com | ○ YES ○ NO | |
| ☐ | Name: American Airlines Group Inc. Role(s): Defendant | Alice Chan, Chan & Grant, LLP, 61 Lexington Avenue Suite 1G New York, NY 10010, (646) 779-2988, alice.chan@changrant.com | ● YES ○ NO | |
| ☐ | Name: Jane Doe Role(s): Defendant | | ○ YES ● NO | |
| ☐ | Name: American Airlines Inc. Role(s): Defendant | Alice Chan, Chan & Grant, LLP, 61 Lexington Avenue Suite 1G New York, NY 10010, (646) 779-2988, alice.chan@changrant.com | ● YES ○ NO | |
| ☐ | Name: Role(s): | | ○ YES ○ NO | |
| ☐ | Name: Role(s): | | ○ YES ○ NO | |
| ☐ | Name: Role(s): | | ○ YES ○ NO | |
| ☐ | Name: Role(s): | | ○ YES ○ NO | |
| ☐ | Name: Role(s): | | ○ YES ○ NO | |
| ☐ | Name: Role(s): | | ○ YES ○ NO | |
| ☐ | Name: Role(s): | | ○ YES ○ NO | |
| ☐ | Name: Role(s): | | ○ YES ○ NO | |
| ☐ | Name: Role(s): | | ○ YES ○ NO | |
| ☐ | Name: Role(s): | | ○ YES ○ NO | |
| ☐ | Name: Role(s): | | ○ YES ○ NO | |

I AFFIRM UNDER THE PENALTY OF PERJURY THAT, UPON INFORMATION AND BELIEF, THERE ARE NO OTHER RELATED ACTIONS OR PROCEEDINGS, EXCEPT AS NOTED ABOVE, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION BEEN PREVIOUSLY FILED IN THIS ACTION OR PROCEEDING.

Dated: 10/28/2019

2912897

Attorney Registration Number

_____
Signature

Alice Chan
Print Name

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-------------------------------------------------------------X
SHIRLEY BROWN,

                        Plaintiff,

       -against-

AMERICAN AIRLINES GROUP INC., JANE DOE
and AMERICAN AIRLINES INC.,

                        Defendants.
-------------------------------------------------------------X

Index No.: 706805/2019

REQUEST FOR PRELIMINARY
CONFERENCE

The undersigned hereby request a Preliminary Conference.

The nature of the action is Negligence – Personal Injury.

The names, address and telephone numbers of all attorneys appearing in the action are as

follows:

Jacob L. Levine
LERNER, ARNOLD & WINSTON, LLP
*Attorneys for Plaintiff*
Shirley Brown
475 Park Avenue South, 28th Floor
New York, NY 10016
(212) 686-4655

Alice Chan
CHAN & GRANT, LLP
*Attorneys for Defendants*
American Airlines Group Inc. and American
Airlines Inc.
61 Lexington Avenue, Suite 1G
New York, NY 10010
Tel: (646) 779-2988
Fax: (646) 779-2950

Dated: October 28, 2019
      New York, New York

Respectfully yours,

Alice Chan
CHAN & GRANT, LLP
Attorneys for Defendant
American Airlines Group and
American Airlines Inc.
61 Lexington Avenue, Suite 1G
New York, New York 10010
Tel: (646) 779-2988
Fax: (646) 779-2950

1

Case 1:20-cv-01092-AMD-JO Document 1-16 Filed 02/27/20 Page 5 of 5 PageID #: 126

Index No: 706805/2016

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
SHIRLEY BROWN,

                              Plaintiff,

            -against-

AMERICAN AIRLINES GROUP INC.,
JANE DOE and AMERICAN AIRLINES, INC.

                              Defendants.

---

## REQUEST FOR PELIMINARY CONFERENCE

---

*LAW OFFICES*
*CHAN & GRANT, LLP*
Attorneys for Defendant(s)
American Airlines, Inc. and
American Airlines Group Inc.
61 Lexington Avenue, Suite 1G
New York, New York 10010
Tel: (646) 779-2988
Fax: (646) 779-2950

2