# EXHIBIT R

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-----------------------------------------------------------------------X
SHIRLEY BROWN,

                        Plaintiff,

                -against-

AMERICAN AIRLINES GROUP, INC., JANE DOE and
AMERICAN AIRLINES, INC.
                        Defendants.
-----------------------------------------------------------------------X

Index No.: 706805/2019

**PLAINTIIFF'S RESPONSE
TO COMBINED
DEMANDS**

Plaintiff **SHIRLEY BROWN**, by and through her attorneys LERNER, ARNOLD &
WINSTON, LLP, as and for her response to the Combined Demands made by the Defendants,
**AMERICAN AIRLINES GROUP, INC. and AMERICAN AIRLINES, INC.,** herein alleges
upon information and belief the follows:

### AS TO DEMAND FOR DISCOVERY AND INSPECTION

Plaintiff is not in possession of any documents response to this demand. Any documents
responsive to this demand are in Defendants' possession and has not be provided in discovery.

### AS TO THE NOTICE TO PRODUCE

Annexed hereto are duly executed HIPAA Authorizations and medical records for all
medical providers plaintiff has treated with:

       **UCSan Diego Health
       200 W. Harbor Drive
       San Diego, CA 92103**

       **Dr. Cinthi Pillai
       NYU Langone Health- Neurology
       240 E. 38th Street, 15th Floor
       New York, NY 10016**

       **Dr. Kenneth R. Barasch
       755 Park Avenue
       New York, NY 10021**



1

**Dr. John Delfino**
**NYU Health System**
**240 East 38th Street, 20th Fl.**
**New York, NY 10016**

### AS TO DEMAND PURSUANT TO CPLR 4545(a)

Plaintiff is a Medicare recipient
*See authorization attached.*

### AS TO DEMAND FOR EXPERT WITNESS DISCLOSURE

Plaintiff has yet to retain any expert witness. If an expert is retained to testify at trial, this response will be supplemented pursuant to CPLR§3101(d).

### RESPONSE TO NOTICE TO PRODUCE MEDICARE LIEN

*See attached.*

### AS TO DEMAND FOR INSURANCE INFORMATION

Not applicable.

### AS TO DEMAND FOR EMPLOYMENT RECORDS

Not applicable. Plaintiff is retired.

**PLEASE TAKE NOTICE,** Plaintiff reserves the right to supplement this response up to and including the time of trial.

Dated: New York, New York
      January 24, 2020

Yours, etc.

LERNER, ARNOLD & WINSTON, LLP
Attorneys for Plaintiff

By_____
     Jacob L. Levine
475 Park Avenue South, 28th Floor
New York, New York 10016
(212) 686-4655

LAW
LNER·ARNOLD·WINSTON

2

TO:   CHAN & GRANT, LLP
      By: Alice Chan
      Attorneys for Defendants
      AMERICAN AIRLINES GROUP, INC. &
      AMERICAN AIRLINES, INC.
      61 Lexington Avenue, Suite 1G
      New York, New York 10010
      Tel: (646) 779-2988
      Fax: (646) 779-2950



<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                         )SS:
COUNTY OF NEW YORK   )

       Leslie Sanchez, being duly sworn, deposes and says: deponent is not a party to this action,

is over 18 years of age and resides in Fairfield County, Connecticut.

       On January 24, 2020, deponent served the within **PLAINTIFF'S RESPONSE TO**

**COMBINED DEMANDS** on the following attorneys of record in this action at the address

designated by said attorneys for that purpose by depositing a true copy of same enclosed in a

post-paid properly addressed wrapper in an official depository under the exclusive care and

custody of the United States Postal Service within the State of New York.

To:    CHAN & GRANT, LLP
       By: Alice Chan
       Attorneys for Defendants
       AMERICAN AIRLINES GROUP, INC. &
       AMERICAN AIRLINES, INC.
       61 Lexington Avenue, Suite 1G
       New York, New York 10010

                                          Leslie Sanchez
                                          Paralegal

Sworn to before me this
24th day of January, 2020

NOTARY PUBLIC



                                          4

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK     )
                               )SS:
COUNTY OF NEW YORK   )

      Leslie Sanchez, being duly sworn, deposes and says: deponent is not a party to this action, is over 18 years of age and resides in Fairfield County, Connecticut.

      On January 28, 2020, deponent served the within **PLAINTIFF'S RESPONSE TO COMBINED DEMANDS** on the following attorneys of record in this action at the address designated by said attorneys for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

To:     CHAN & GRANT, LLP
        By: Alice Chan
        Attorneys for Defendants
        AMERICAN AIRLINES GROUP, INC. &
        AMERICAN AIRLINES, INC.
        61 Lexington Avenue, Suite 1G
        New York, New York 10010

                                         Leslie Sanchez
                                       Paralegal

Sworn to before me this
28th day of January, 2020

      NOTARY PUBLIC

JASMINE SANTIAGO
Notary Public, State of New York
No. 01SA6370734
Qualified in New York County
Commission Expires Feb. 5, 2022

Transaction Totals by Date Report

| Report Settings | |
| --- | --- |
| Account: | BROWN,SHIRLEY [44000611943] |
| Submission Information | |
| User: | SANTOS, GINA[ GXS6] |
| Time: | Thu Dec 5, 2019 1:08 PM |

**Transaction Information**

| | Charges | | Service Date From | Service Date To | Total Amount |
| --- | --- | --- | --- | --- | --- |
| | | | 08/28/2017 | 12/05/2019 | 436.00 |
| Tx # | Procedure ▾ | Diagnoses | Service Provider | Date | Amount |
| 1 | 70450-PB CT HEAD W/... | S09.90XA-Unspecified i... | Norbash, Alexander M,... | 08/29/2017 | 436.00 |
| | | R20.0-Anesthesia of skin | | | |
| | (Match Pmt) 2 | 208002000-INSURANCE PAYMENT (INSURANCE) | | 09/28/2017 | 35.14 |
| | (Match Adj) 3 | 208003000-CONTRACTUAL WRITE-OFF (INSURANCE) | | 09/28/2017 | 391.17 |
| | (Match Adj) 4 | 208003000-CONTRACTUAL WRITE-OFF (INSURANCE) | | 09/28/2017 | 0.72 |
| | (Match Adj) 8 | 208003035-PAST FOLLOW-UP DEADLINE | | 12/09/2018 | 8.97 |
| **Payments** | | | Matched to charges | | 35.14 |
| **Adjustments** | | | Matched to charges | | 400.86 |

Note: This report contains only those payments and adjustments which are matched to the charges listed in the Charges section.

Professional Billing

12/5/2019 1:08:11 PM

# UC San Diego Health

200 W. Arbor Dr.
UC San Diego Health
San Diego CA 92103

BROWN,SHIRLEY
MRN: 30412377
DOB: ████████, Sex: F
Adm: 8/29/2017, D/C: 8/29/2017

## Results

Resulted: 08/29/17 1413, Result status: Final
result

CT Head W/O Contrast [153561925]

| | | | |
|---|---|---|---|
| Ordering provider: Aminlari, Amir, MD 08/29/17 1251 | Performed: | 08/29/17 1253 - 08/29/17 1253 | |
| Resulting lab: RADIOLOGY | | | |

Narrative:

EXAM DESCRIPTION:
CT SCAN HEAD/BRAIN(70450) Qty:1/ COMPUTER DATA ANALYSIS(99090) Qty:1:8/29/2017
1:15 pm

CLINICAL HISTORY:
Status post head injury with slight right facial numbness.

TECHNIQUE:
A CT scan of the head was performed from the foramen magnum to the skull
vertex without the use of intravenous contrast. Axial, coronal and sagittal
reconstructions were provided.


Up-to-date CT equipment and radiation dose reduction techniques were
employed. CTDIvol: 63.0 mGy. DLP: 1024 mGy-cm.

COMPARISON:
None available

FINDINGS:
There is no acute intracranial hemorrhage, mass effect, midline shift, or
hydrocephalus. The ventricles and sulci are normal for age.

There are small bilateral chronic posterior fossa fluid collections.

There is no evidence of calvarial or skull base fracture. The temporal bones
show normal aeration, and there is no definite evidence of soft tissue injury.

The visualized paranasal sinuses are clear.

IMPRESSION:
No acute intracranial hemorrhage, mass effect, midline shift, or
hydrocephalus. No evidence of calvarial fracture or scalp injury.

Small bilateral chronic posterior fossa fluid collections.

CONCURRENT SUPERVISION:
I have reviewed the images and agree with the resident's interpretation.

DOSE STATEMENT:
UC San Diego Health System CT scanners employ modern techniques for CT dose
reduction, including protocol review, automatic exposure control, and
iterative reconstruction techniques.  These features assure that radiation
dose levels in CT are optimized and are consistent with state-of-the-art, low
dose CT practice.

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| | | 08/29/17 1253 |

# UC San Diego Health

200 W. Arbor Dr.
UC San Diego Health
San Diego CA 92103

BROWN,SHIRLEY
MRN: 30412377
DOB:▮▮▮▮▮▮ Sex: F
Adm: 8/29/2017, D/C: 8/29/2017

## Admission/Discharge Information

| Admission Date | Discharge Date | Discharge Disposition | |
|---|---|---|---|
| 08/29/2017 | 08/29/2017 | Home Routine | |

## ED Provider Notes by Aminlari, Amir, MD at 08/29/17 1251

| | | |
|---|---|---|
| Author: Aminlari, Amir, MD | Service: (none) | Author Type: Attending Physician |
| Filed: 08/29/17 1257 | Date of Service: 08/29/17 1251 | Status: Signed |
| Editor: Aminlari, Amir, MD (Attending Physician) | | |

**CHIEF COMPLAINT:**
HEAD INJURY
**HISTORY OF PRESENT ILLNESS:**
THIS IS A PLEASANT 69-YEAR-OLD FEMALE WITH NO PAST MEDICAL HISTORY THE WHO WAS ON A
FLIGHT LAST NIGHT, AND HAD A PIECE OF CARIE ON LUGGAGE FALL FROM THE OVERHEAD
COMPARTMENT AND STRIKE HER ON THE HEAD.  SHE REPORTS NO MILD NUMBNESS TO THE
RIGHT FACE.  SHE DENIES LOSS OF CONSCIOUSNESS.  SHE DENIES WEAKNESS.  SHE DENIES
VISION OR SPEECH CHANGES.  HER SYMPTOMS ARE RATED AS MILD TO MODERATE WITH NO
MODIFYING FACTORS.
**PMH:**
No past medical history on file.

**PAST SURGICAL HISTORY:**
No past surgical history on file.

**FAMILY HISTORY:**
No family history on file.

**SOCIAL HISTORY:**
Tobacco: Denies
Alcohol: Denies
Drugs: Denies

**HOME MEDICATIONS**
None

**ALLERGIES:**
Review of patient's allergies indicates no known allergies.

**REVIEW OF SYSTEMS:**
A 12 Point ROS was performed and was negative except as stated in HPI

**PHYSICAL EXAM:**
**Vitals:**

| | 08/29/17 1225 |
|---|---|
| BP: | 135/75 |
| Pulse: | 94 |
| Resp: | 18 |
| Temp: | 99.6 °F (37.6 °C) |
| SpO2: | 100% |
| Weight: | 68 kg (149 lb 14.4 oz) |

**UC San Diego Health**

200 W. Arbor Dr.
UC San Diego Health
San Diego CA 92103

BROWN,SHIRLEY
MRN: 30412377
DOB:█████████, Sex: F
Adm: 8/29/2017, D/C: 8/29/2017

---

**ED Provider Notes by Aminlari, Amir, MD at 08/29/17 1251 (continued)**

Constitutional: No acute distress. Alert.
Head: Mild tenderness in the posterior scalp associated with mild soft tissue swelling. No bleeding.
HEENT: PERRL, EOMI. No hyphema.
Neck: Neck supple. No cervical spine ttp
Cardiovascular: Normal rate.
Pulmonary/Chest: Effort normal and breath sounds normal. No chest tenderness to palpation.
Abdominal: s/nt/nd
Musculoskeletal: no edema or ttp
NEURO EXAM
NEURO: ALERT AND ORIENTED X 4. RIGHT FACIAL SENSATION DECREASED TO LIGHT TOUCH.
MOTOR 5/5 IN ALL 4 EXTREMITIES. SPEECH NML. FINGER TO NOSE NORMAL.
Skin: warm and dry. No active bleeding.

MEDICAL DECISION MAKING:


**This is a 69-year-old female, no past medical history, was struck in the head last night by heavy
luggage which fell from the overhead compartment on a flight, who presents with headache and
numbness the right face. Vitals are stable. Examination reveals decreased sensation to light touch on
the right face.**
**Plan: CT head noncontrast, reassess**

Aminlari, Amir, MD
08/29/17 1257



Electronically signed by Aminlari, Amir, MD at 08/29/17 1257

**Admission/Discharge Information**

| Admission Date | Discharge Date | Discharge Disposition |
| --- | --- | --- |
| 08/29/2017 | 08/29/2017 | Home Routine |

**ED Notes by Pambid, Vera, RN at 08/29/17 1305**

| Author: Pambid, Vera, RN | Service: (none) | Author Type: Registered Nurse |
| --- | --- | --- |
| Filed: 08/29/17 1305 | Date of Service: 08/29/17 1305 | Status: Signed |
| Editor: Pambid, Vera, RN (Registered Nurse) | | |


**Assisting primary RN-**
Pt ambulatory to and from CT with independent, steady gait.
Pt passed swallow study.

Electronically signed by Pambid, Vera, RN at 08/29/17 1305

**Admission/Discharge Information**

| Admission Date | Discharge Date | Discharge Disposition |
| --- | --- | --- |
| 08/29/2017 | 08/29/2017 | Home Routine |

**ED Notes by Trujillo, Andres, RN at 08/29/17 1320**

---

**UC San Diego Health**

200 W. Arbor Dr.
UC San Diego Health
San Diego CA 92103

BROWN,SHIRLEY
MRN: 30412377
DOB: ▮▮▮▮▮ Sex: F
Adm: 8/29/2017, D/C: 8/29/2017

---

**ED Notes by Trujillo, Andres, RN at 08/29/17 1320 (continued)**

| | | |
|---|---|---|
| Author: Trujillo, Andres, RN | Service: (none) | Author Type: Registered Nurse |
| Filed: 08/29/17 1321 | Date of Service: 08/29/17 1320 | Status: Signed |
| Editor: Trujillo, Andres, RN (Registered Nurse) | | |

Report obtained from vera p. Rn. Assuming care of pt at this time. Pt aox4. Pt mae x4. Pt resp even non labored. Pt appears in no distress. Registration at pt bedside at this time.

Electronically signed by Trujillo, Andres, RN at 08/29/17 1321

**Admission/Discharge Information**

| Admission Date | Discharge Date | Discharge Disposition |
|---|---|---|
| 08/29/2017 | 08/29/2017 | Home Routine |

**ED MD Progress Note by Owen, Elizabeth A, MD at 08/29/17 1355**

| | | |
|---|---|---|
| Author: Owen, Elizabeth A, MD | Service: (none) | Author Type: Attending Physician |
| Filed: 08/29/17 1355 | Date of Service: 08/29/17 1355 | Status: Signed |
| Editor: Owen, Elizabeth A, MD (Attending Physician) | | |

69 yo F piece of luggage landed on head, ct head. If neg dc. No thinners, no neck pain.

Electronically signed by Owen, Elizabeth A, MD at 08/29/17 1355

**Admission/Discharge Information**

| Admission Date | Discharge Date | Discharge Disposition |
|---|---|---|
| 08/29/2017 | 08/29/2017 | Home Routine |

**ED MD Progress Note by Ence, Thomas Campion, MD at 08/29/17 1505**

| | | |
|---|---|---|
| Author: Ence, Thomas Campion, MD | Service: ED Medicine | Author Type: Resident |
| Filed: 08/29/17 1505 | Date of Service: 08/29/17 1505 | Status: Signed |
| Editor: Ence, Thomas Campion, MD (Resident) | | |

CTH neg. D/c. Return precautions reviewed.

Electronically signed by Ence, Thomas Campion, MD at 08/29/17 1505

**Admission/Discharge Information**

| Admission Date | Discharge Date | Discharge Disposition |
|---|---|---|
| 08/29/2017 | 08/29/2017 | Home Routine |

**ED Notes by Trujillo, Andres, RN at 08/29/17 1540**

| | | |
|---|---|---|
| Author: Trujillo, Andres, RN | Service: (none) | Author Type: Registered Nurse |
| Filed: 08/29/17 1540 | Date of Service: 08/29/17 1540 | Status: Signed |
| Editor: Trujillo, Andres, RN (Registered Nurse) | | |

Pt aox4. Pt mae x4. Pt resp even non labored. Pt provided w/avs, f/u care and strict return to ER precautions. Pt able to verbalize understanding and agrees with plan. Pt able to verbalize understanding and agrees with plan. Pt ambulatory out of ER, steady gait. Care of pt relinquished at this time.

Electronically signed by Trujillo, Andres, RN at 08/29/17 1540

---

UC San Diego Health
200 W. Arbor Dr.
UC San Diego Health
San Diego CA 92103

BROWN,SHIRLEY
MRN: 30412377
DOB:          Sex: F
Adm: 8/29/2017, D/C: 8/29/2017

**ED Notes by Trujillo, Andres, RN at 08/29/17 1540 (continued)**

**Admission/Discharge Information**

| Admission Date | Discharge Date | Discharge Disposition |
|---|---|---|
| 08/29/2017 | 08/29/2017 | Home Routine |

**ED Follow-up Note by Rocha, America at 08/29/17 1541**

| Author: Rocha, America | Service: ED Medicine | Author Type: ED Tech |
|---|---|---|
| Filed: 09/06/17 1220 | Date of Service: 08/29/17 1541 | Status: Signed |
| Editor: Rocha, America (ED Tech) | | |

Follow-up type: Callback

Routine ED Patient Call Back

Patient contacted by telephone: told patient to follow up with outpatient clinic.

   Electronically signed by Rocha, America at 09/06/17 1220

**Admission/Discharge Information**

| Admission Date | Discharge Date | Discharge Disposition |
|---|---|---|
| 09/08/2017 | 09/08/2017 | Home Routine |

**ED Provider Notes by Tolia, Vaishal Mahendra, MD at 09/08/17 1225**

| Author: Tolia, Vaishal Mahendra, MD | Service: (none) | Author Type: Attending Physician |
|---|---|---|
| Filed: 09/08/17 1239 | Date of Service: 09/08/17 1225 | Status: Signed |
| Editor: Tolia, Vaishal Mahendra, MD (Attending Physician) | | |

**EMERGENCY DEPARTMENT ATTENDING NOTE**

SHIRLEY BROWN
MRN: 30412377
DOB: 4/23/1948
PMD: No Pcp, Per Patient

Pt seen promptly, delayed note entry.
The Date of Service for the Emergency Room encounter is 9/8/2017 12:02 PM

CC: Headache Re-evaluation

**Chief Complaint**
Patient presents with
• Headache Re-evaluation
   *was seen hear recently for head trauma. was told to come back for reeval. continues to have HA and facial numbness*

Seen with Dr. Correia

**History of Present Illness**
Pt seen and examined. Pt is a 69 year old female prev healthy and presents with HA and R facial numbness

**UC San Diego Health**

200 W. Arbor Dr.
UC San Diego Health
San Diego CA 92103

BROWN,SHIRLEY
MRN: 30412377
DOB: ████ Sex: F
Adm: 9/8/2017, D/C: 9/8/2017

ED Provider Notes by Tolia, Vaishal Mahendra, MD at 09/08/17 1225 (continued)

after R sided head trauma last week when she was boarding a flt from NYC to SD and a heavy piece of luggage fell and hit the R side of her head no loc she takes no meds and is healthy she noted R sided HA and R facial numbness for 4 hours after the injury. She was taken to the ED here the next am with a neg CTH for acute injury and dc home. She has been taking tylenol but has some sound and light sensitivity and R sided HA intermittent throughout the day and a heaviness sensation. The numbness has resolved no paresthesias or focal weakness and overall states that it has improved since the injury. She denies blurry or double vision but doesn't feel comfortable wearing her glasses. No f/c/s, no neck pain, no n/v/d/c no other complaints she just wanted to get rechecked. She feels like the symptoms have been less frequent (HA and malaise) since the incicent and she is tol po well. No problems with ambulation no neck pain no other areas of discomfort. No issues with smell or taste.

Pt denies f/c/s, n/v/d/c, cp or sob, blood in stool or dysuria, cough or hemoptysis, falls or trauma, paresthesias or weakness.

### Past Medical/Surgical History
PMHx: prev healthy
PSHx:  No past surgical history on file.

### Outpatient Medications

None


### What To Do With Your Medications

**Notice**
   You have not been prescribed any medications.


### Allergies
Review of patient's allergies indicates no known allergies.

### Social History

No t/e/d
Traveling from NYC

### Family History
No cva

### Review of Systems
Constitutional: Negative for fever and chills.
HENT: Negative for congestion and neck pain.
Eyes: Negative for discharge and redness.
Cardiovascular: Negative for chest pain.
Respiratory: Negative for cough and shortness of breath.
Gastrointestinal: Negative for nausea, vomiting, abdominal pain and diarrhea.
Genitourinary: Negative for dysuria, urgency and frequency.
Musculoskeletal: Negative for back pain.
Neurological: +for intermittent dizziness.
Psychiatric/Behavioral: Negative for substance abuse.

**UC San Diego Health**

200 W. Arbor Dr.
UC San Diego Health
San Diego CA 92103

BROWN,SHIRLEY
MRN: 30412377
Sex: F
Adm: 9/8/2017, D/C: 9/8/2017

**ED Provider Notes by Tolia, Vaishal Mahendra, MD at 09/08/17 1225 (continued)**

I have reviewed the patient's medical history as available in EPIC.
**All other systems reviewed and negative unless otherwise noted in the HPI or above.**This was done per my custom and practice for systems appropriate to the chief complaint in an emergency department setting and varies depending on the quality of history that the patient is able to provide.

**Physical Exam**

| ED Triage Vitals | | |
|---|---|---|
| Enc Vitals Group | | |
| Blood pressure (BP) | 09/08/17 0923 | 186/88 |
| Heart Rate | 09/08/17 0923 | 80 |
| Respirations | 09/08/17 0923 | 16 |
| Temperature | 09/08/17 0923 | 98.3 °F (36.8 °C) |
| Temp src | -- | |
| SpO2 | 09/08/17 0923 | 98 % |
| Weight - scale | 09/08/17 0923 | 147 lb (66.7 kg) |
| Height | 09/08/17 0923 | 5' 6" (1.676 m) |
| Head Cir | -- | |
| Peak Flow | -- | |
| Pain Score | -- | |
| Pain Loc | -- | |
| Pain Edu? | -- | |
| Excl. in GC? | -- | |

**MOST RECENT VITALS:**
Vitals:

| | 09/08/17 0923 | 09/08/17 1136 |
|---|---|---|
| BP: | (!) 186/88 | 151/90 |
| BP Patient Position: | | Sitting |
| Pulse: | 80 | 66 |
| Resp: | 16 | 18 |
| Temp: | 98.3 °F (36.8 °C) | 97.7 °F (36.5 °C) |
| SpO2: | 98% | 99% |
| Weight: | 66.7 kg (147 lb) | |
| Height: | 5' 6" (1.676 m) | |

GEN: nad nontoxic alert and oriented comfortable
HEAD: no e/o trauma R parietal head mild ttp no hematoma
EYES anicteric perrl eomi nl rapid visual field testing
EARS nl TM nl eac no mastoid ttp
NOSE no septal hematoma lesions or discharge
THROAT: mmm o/p clear no lesions or exudate
NECK no c-spine ttp nl rom
CV rrr s1 s2 no m
LUNGS ctab no r/r/w

**UC San Diego Health**
200 W. Arbor Dr.
UC San Diego Health
San Diego CA 92103

BROWN,SHIRLEY
MRN: 30412377
DOB: ▮▮▮▮▮, Sex: F
Adm: 9/8/2017, D/C: 9/8/2017

**ED Provider Notes by Tolia, Vaishal Mahendra, MD at 09/08/17 1225 (continued)**

ABD soft ntnd nabs
BACK no cvat or midline ttp
EXT no edema, no c/c
SKIN no rash, warm and dry
NEURO nl mentation, speech, and gait. Maew. Cn iii-xii intact aside from R facial CN V some sensation difference - mild, nl gait/ftn/hts tandem gait. ? Mild bilateral lid lag but family member at bedside states she looks normal and patient states "I have small eyes, they look normal"
PSYCH nl affect and behavior

**Patient Lines/Drains/Airways Status**
 Active PICC Line / CVC Line / PIV Line / Drain / Airway / Intraosseous Line / Epidural Line / ART Line / Line
 Type / Wound
   None

**MDM / Impression / Plan**

Pt is a 69 year old yo female with R sided HA after R sided head trauma on 8/29 no new trauma symptoms improving but not completely resolved

Plan:
Orders entered as per below, R sided SPG nerve block for symptom control, educated on concussion symptoms she is now 10 days out
Will be going back to NYC in 2 weeks and will f/u with pmd and I recommended she see neuro esp if symptoms persist
She does not do any high risk activities for head trauma, but regardless was educated to this

Tolia, Vaishal Mahendra, MD
09/08/17 1239

 Electronically signed by Tolia, Vaishal Mahendra, MD at 09/08/17 1239

**Admission/Discharge Information**

| Admission Date | Discharge Date | Discharge Disposition |
| --- | --- | --- |
| 09/08/2017 | 09/08/2017 | Home Routine |

**ED Procedure Note by Tolia, Vaishal Mahendra, MD at 09/08/17 1357**

| | | |
| --- | --- | --- |
| Author: Tolia, Vaishal Mahendra, MD | Service: (none) | Author Type: Attending Physician |
| Filed: 09/21/17 2149 | Date of Service: 09/08/17 1357 | Status: Addendum |

Editor: Tolia, Vaishal Mahendra, MD (Attending Physician)
Related Notes:   Original Note by Tolia, Vaishal Mahendra, MD (Attending Physician) filed at 09/21/17 2149
  Procedure Orders:
   1. Nerve Block [153561935] ordered by Tolia, Vaishal Mahendra, MD at 09/08/17 1357

**Procedure Note**
**Nerve Block**

UC San Diego Health

200 W. Arbor Dr.
UC San Diego Health
San Diego CA 92103

BROWN,SHIRLEY
MRN: 30412377
DOB: ▮▮▮▮▮, Sex: F
Adm: 9/8/2017, D/C: 9/8/2017

**ED Procedure Note by Tolia, Vaishal Mahendra, MD at 09/08/17 1357 (continued)**
Date/Time: 9/8/2017 1:57 PM
Performed by: TOLIA, VAISHAL MAHENDRA
Authorized by: TOLIA, VAISHAL MAHENDRA

Consent:
  Consent obtained: **Verbal**
  Consent given by: **Patient**
  Risks discussed: **Bleeding and unsuccessful block**
  Alternatives discussed: **No treatment**
Indications:
  Indications: **Pain relief**
Location:
  Body area: **Head**
  Laterality: **Right**
Skin anesthesia (see MAR for exact dosages):
  Skin anesthesia method: **None**
Procedure details (see MAR for exact dosages):
  Anesthetic injected: **Bupivacaine 0.5% w/o epi**
  Steroid injected: **None**
  Additive injected: **None**
  Paresthesia: **None**
Post-procedure details:
  Dressing: **None**
  Outcome: **Pain unchanged**
  Patient tolerance of procedure: **Tolerated well, no immediate complications**


addendum:
clarify above: this was a sphenopalatine ganglion block
Indication: R sided headache (acute pain from trauma)




Electronically signed by Tolia, Vaishal Mahendra, MD at 09/21/17 2149

**Admission/Discharge Information**

| Admission Date | Discharge Date | Discharge Disposition |
|---|---|---|
| 09/08/2017 | 09/08/2017 | Home Routine |

**ED Notes by McWay, Laure M, RN at 09/08/17 1430**

| | | |
|---|---|---|
| Author: McWay, Laure M, RN | Service: (none) | Author Type: Registered Nurse |
| Filed: 09/08/17 1455 | Date of Service: 09/08/17 1430 | Status: Signed |
| Editor: McWay, Laure M, RN (Registered Nurse) | | |


Patient provided with rx and written AVS. She verbalized understanding of all, including the importance of
follow up as recommended and the conditions under which she should seek emergent re-evaluation either here

UC San Diego Health

200 W. Arbor Dr.
UC San Diego Health
San Diego CA 92103

BROWN,SHIRLEY
MRN: 30412377
DOB: ███████ Sex: F
Adm: 9/8/2017, D/C: 9/8/2017

## ED Notes by McWay, Laure M, RN at 09/08/17 1430 (continued)

or the ED nearest her location. She left with no complaints accompanied by her female visitor with steady and upright gait.

Electronically signed by McWay, Laure M, RN at 09/08/17 1455

### Admission/Discharge Information

| Admission Date | Discharge Date | Discharge Disposition |
|---|---|---|
| 09/08/2017 | 09/08/2017 | Home Routine |

## ED Follow-up Note by Rocha, America at 09/08/17 1500

| | | |
|---|---|---|
| Author: Rocha, America | Service: ED Medicine | Author Type: ED Tech |
| Filed: 09/18/17 1037 | Date of Service: 09/08/17 1500 | Status: Signed |
| Editor: Rocha, America (ED Tech) | | |

Follow-up type: Callback

Routine ED Patient Call Back

Patient unable to be contacted, no message left

Electronically signed by Rocha, America at 09/18/17 1037

### Admission/Discharge Information

| Admission Date | Discharge Date | Discharge Disposition |
|---|---|---|
| 09/08/2017 | 09/08/2017 | Home Routine |

## ED Notes by McWay, Laure M, RN at 09/08/17 1512

| | | |
|---|---|---|
| Author: McWay, Laure M, RN | Service: (none) | Author Type: Registered Nurse |
| Filed: 09/08/17 1515 | Date of Service: 09/08/17 1512 | Status: Signed |
| Editor: McWay, Laure M, RN (Registered Nurse) | | |

Pt here with c/o intermittent right side face/head aches with associated paresthesia post trauma, was recently struck by falling luggage. She denies n/v/d, dizziness, visual changes, or any other complaints. No facial assymetry or other focal neuro deficit. Please note that this charting reflects a documentation delay only, assessment was performed within 20 minutes of patient arriving to T-10

Electronically signed by McWay, Laure M, RN at 09/08/17 1515

**NYU Langone Health System**

NR NEUROLOGY
240 E. 38th St, 15th floor
NEW YORK NY 10016-2708
Amb Encounter Report

Brown, Shirley
MRN: 13161883, DOB: ▮▮▮▮▮ Sex: F
Encounter date: 10/23/2017

Progress Notes - All Notes (continued)

Progress Notes by Cinthi Pillai, MD at 10/23/2017 1:30 PM (continued)

HPI:

This is a 69 year old **right** handed **female** who presents with a chief complaint of getting hit in the head with luggage (no loss of consciousness) on 8/28/17. She then developed a headache and right face numbness - associated with photophobia and phonophobia. She was evaluated in the ER when she arrived in San Diego and had a reportedly normal CT head on 8/29/17. About ten days later she returned to the ER due to headaches. She has headaches almost daily - mild dull ache, photophobia, phonophobia, numbness (around the mouth). She sleeps 8 hours nightly; 2 cups tea daily and daily snapple/gatorade; tylenol daily initially (not as much now). She denies nausea, dizziness, neck pain, weakness, numbness, difficulty walking.

ROS The remainder of the review of the 14 systems was negative.

Patient's medications, allergies, past medical, surgical, social and family histories were reviewed and updated as appropriate.

**Vitals:** 148/90

**General:** Well-developed, well-nourished individual of stated age in no acute distress.

**HEENT:** neck supple, full ROM

**Cardiovascular:** no carotid bruit appreciated

**Mental Status:** Alert and oriented to time, place and person. Recent and remote memory intact. Normal attention and concentration. Language intact - able to name, read and repeat. Follows commands and responds appropriately to questions. Normal fund of knowledge.
**Cranial Nerves: II:** VAsc 20/40 PH 20/20-1 OS 20/40 PH 20/20 OU (forgot new glasses), visual fields full on confrontation; disc margings sharp OU. **III, IV and VI:** PERRLA, EOM full, no ptosis, no nystagmus **V:** facial sensation is intact **VII:** Facial strength is intact **VIII:** Hearing symmetric to finger rub. **IX, X:** Palate elevates symmetrically. **XII:** Tongue strength is normal without atrophy or fasciculations.
**Motor:** normal tone, no atrophy/tenderness, no abnormal movements noted, strength 5/5 throughout, no pronator drift
**Sensory:** light touch, pin prick, proprioception, and vibration symmetric and intact
**Coordination:** no dysmetria on finger to nose
**Reflexes:** biceps 2+, brachioradialis 2+, triceps 2+, knee 2+, ankle 2+, Babinski negative bilaterally, no clonus
**Gait:** steady, normal based, able to tandem and walk on toes/heels, Rhomberg negative

**Neuroimaging Reviewed:**
-

Impression/Plan: This is a 69 year old right handed **female** who presents with a chief complaint of getting hit in the head with luggage (no loss of consciousness) on 8/28/17 - now with concussion symptoms as well as occasional right face numbness and twitching. Her
-Blood test
-Schedule MRI brain with and without
-Schedule EEG

**NYU Langone Health System**

NR NEUROLOGY
240 E. 38th St, 15th floor
NEW YORK NY 10016-2708
Amb Encounter Report

Brown, Shirley
MRN: 13161883, DOB: ▮▮▮▮▮, Sex: F
Encounter date: 10/23/2017

**Progress Notes - All Notes (continued)**

Progress Notes by Cinthi Pillai, MD at 10/23/2017 1:30 PM (continued)

-Headache diary; limit caffeine; limit over the counter medications
-Riboflavin and magnesium 400mg daily
-Follow up with your ophthalmologist
-Follow up with your primary care doctor
*Patient understands she should contact my office 1-2 days after above testing.

50 minutes was spent with the patient, of which >50% was spent coordinating care and/or counseling regarding diagnosis, management, potential side effects and future expectations.
--------------------------------------
Neuropathy:  Did you screen the patient for diabetes?  Yes
Headache: Did  you ask the patient if they  take oxycodone, hydrocodone, or codeine for their headaches?  Yes

Electronically signed by Cinthi Pillai, MD on 10/23/2017 2:05 PM

**Patient Instructions - All Notes**

Patient Instructions by Cinthi Pillai, MD at 10/23/2017 1:30 PM

| | | |
|---|---|---|
| Author: Cinthi Pillai, MD | Specialty: Neurology, General | Author Type: Physician |
| Filed: 10/23/2017 1:56 PM | Encounter Date: 10/23/2017 1:30 PM | Status: Signed |
| Editor: Cinthi Pillai, MD (Physician) | | |

-Concussion guideline reviewed
-Blood test
-Schedule MRI brain with and without
-Schedule EEG
-Headache diary; limit caffeine; limit over the counter medications
-Riboflavin and magnesium 400mg daily
-Follow up with your ophthalmologist
-Follow up with your primary care doctor

Electronically signed by Cinthi Pillai, MD on 10/23/2017 1:56 PM

**Follow-up and Disposition History**

10/23/2017 1403 - Cinthi Pillai, MD

| Disposition: | Return in about 6 weeks (around 12/4/2017). |
|---|---|

10/23/2017 1356 - Cinthi Pillai, MD

| Disposition: | Return in about 3 months (around 1/23/2018). |
|---|---|

**Flowsheets (all recorded)**

Encounter Vitals - Mon October 23, 2017

| Row Name | 1329 |
|---|---|
| Enc Vitals | |

**NYU Langone Health System**

NR NEUROLOGY
240 E. 38th St, 15th floor
NEW YORK NY 10016-2708
Amb Encounter Report

Brown, Shirley
MRN: 13161883, DOB:[            ], Sex: F
Encounter date: 10/23/2017

**Flowsheets (all recorded) (continued)**

**Encounter Vitals - Mon October 23, 2017 (continued)**

| Row Name | 1329 |
|---|---|
| BP | 148/80 ~JA |
| Pulse | 78 ~JA |
| Weight | 67.6 kg (149 lb) ~JA |
| Height | 1.676 m (5' 6") ~JA |
| OTHER | |
| Site | Right Arm ~JA |
| Position | Sitting ~JA |

**Custom Formula Data - Mon October 23, 2017**

| Row Name | 1329 |
|---|---|
| Vitals | |
| Pct Wt Change | 0 % ~JA |
| OTHER | |
| BMI | 24.1 ~JA |
| IBW | 59.3 ~JA |
| BMI | 24.1 ~JA |
| BSA (Calculated - sq m) | 1.77 sq meters ~JA |
| BMI (Calculated) | 24.1 ~JA |
| IBW/kg (Calculated) Male | 63.8 kg ~JA |
| Low Range Vt 6cc/kg MALE | 382.8 mL ~JA |
| Adult Moderate Range Vt 8cc/kg MA | 510.4 mL ~JA |
| Adult High Range Vt 10cc/kg MALE | 638 mL ~JA |
| IBW/kg (Calculated) FEMALE | 59.3 kg ~JA |
| Low Range Vt 6cc/kg FEMALE | 355.8 mL ~JA |
| Adult Moderate Range vt 8cc/kg FEMALE | 474.4 mL ~JA |
| IBW/kg (Calculated) | 59.3 ~JA |
| Low Range Vt 6cc/kg | 355.8 mL ~JA |
| Adult Moderate Range Vt 8cc/kg | 474.4 mL ~JA |
| Adult High Range Vt 10cc/kg | 593 mL ~JA |
| BMI-Based Weight Status | Normal Weight (BMI 19-24.9) ~JA |
| RETIRED - Measurements (Adult/Pediatric) | |
| RETIRED - BMI (kg/m2) | 24.1 ~JA |
| Protein (gm/kg) | |
| 0.6 Gm Protein (gm) | 40.64 ~JA |
| 0.7 Gm Protein (gm) | 47.41 ~JA |
| 0.8 Gm Protein (gm) | 54.18 ~JA |
| 0.9 Gm Protein (gm) | 60.95 ~JA |
| 1.0 Gm Protein (gm) | 67.73 ~JA |
| 1.1 Gm Protein (gm) | 74.5 ~JA |
| 1.2 Gm Protein (gm) | 81.27 ~JA |
| 1.3 Gm Protein (gm) | 88.05 ~JA |
| 1.4 Gm Protein (gm) | 94.82 ~JA |
| 1.5 Gm Protein (gm) | 101.59 ~JA |
| 1.6 Gm Protein (gm) | 108.36 ~JA |
| 1.7 Gm Protein (gm) | 115.14 ~JA |
| 1.8 Gm Protein (gm) | 121.91 ~JA |
| 1.9 Gm Protein (gm) | 128.68 ~JA |

**NYU Langone Health System**

NR NEUROLOGY
240 E. 38th St, 15th floor
NEW YORK NY 10016-2708
Amb Encounter Report

Brown, Shirley
MRN: 13161883, DOB: ███████  Sex: F
Encounter date: 10/23/2017

**Flowsheets (all recorded) (continued)**

**Custom Formula Data - Mon October 23, 2017 (continued)**

| Row Name | 1329 |
|---|---|
| 2.0 Gm Protein (gm) | 135.45 ~JA |
| 2.1 Gm Protein (gm) | 142.23 ~JA |
| 2.2 Gm Protein (gm) | 149 ~JA |
| 2.3 Gm Protein (gm) | 155.77 ~JA |
| 2.4 Gm Protein (gm) | 162.55 ~JA |
| 2.5 Gm Protein (gm) | 169.32 ~JA |
| **RETIRED Caloric Needs for Pregnancy** | |
| 24 Kcal/Kg (kcal) | 1625.45 ~JA |
| 30 Kcal/Kg (kcal) | 2031.82 ~JA |
| 36 Kcal/Kg (kcal) | 2438.18 ~JA |
| 38 Kcal/Kg (kcal) | 2573.64 ~JA |
| 40 Kcal/Kg (kcal) | 2709.09 ~JA |
| **Owen Equation** | |
| Energy Expenditure, Male | 1569.82 ~JA |
| Energy Expenditure, Female | 1281.28 ~JA |
| **RETIRED Fluid Requirements** | |
| 30 mL/kg (Fluid Requirements) | 2031.82 ~JA |
| 35 mL/kg (Fluid Requirements) | 2370.45 ~JA |
| 40 mL/kg (Fluid Requirements) | 2709.09 ~JA |
| **Harris-Benedict Equation** | |
| BEE (Male) (kcal/d) (Harris-Benedict Equation) | 1368.19 ~JA |
| BEE (Female) (kcal/d) (Harris-Benedict Equation) | 1298.14 ~JA |
| **Anthropometrics (Special Considerations)** | |
| RETIRED Amputee Ideal Body Weight (IBW) Estimate | 50.9 ~JA |
| **RETIRED Ideal Body Weight (IBW)** | |
| RETIRED Ideal Body Weight (IBW) (kg) | 50.9 ~JA |
| RETIRED % Ideal Body Weight | 112.69 ~JA |
| **IBW Adjustment, Para/Tetraplegia** | |
| 5% Adjustment, Para (IBW) | 56.6 ~JA |
| 10% Adjustment, Para (IBW) | 53.62 ~JA |
| 10% Adjustment, Tetra (IBW) | 53.62 ~JA |
| 15% Adjustment, Tetra (IBW) | 50.64 ~JA |
| **RD Method Male (Adolescent)** | |
| RDA Male (11-14 years) (kcal) | 3717.23 ~JA |
| RDA Male (15-18 years) (kcal) | 3041.37 ~JA |
| **KCAL/KG** | |
| 20 Kcal/Kg (kcal) | 1351.72 ~JA |
| 25 Kcal/Kg (kcal) | 1689.65 ~JA |
| 30 Kcal/Kg (kcal) | 2027.58 ~JA |

**NYU Langone Health System**

NR NEUROLOGY
240 E. 38th St, 15th floor
NEW YORK NY 10016-2708
Amb Encounter Report

Brown, Shirley
MRN: 13161883, DOB: ▮▮▮▮ Sex: F
Encounter date: 10/23/2017

**Flowsheets (all recorded) (continued)**

**Custom Formula Data - Mon October 23, 2017 (continued)**

| Row Name | 1329 |
|---|---|
| 35 Kcal/Kg (kcal) | 2365.51 ·JA |
| 40 Kcal/Kg (kcal) | 2703.44 ·JA |
| 45 Kcal/Kg (kcal) | 3041.37 ·JA |
| 50 Kcal/Kg (kcal) | 3379.3 ·JA |
| **KCAL/KG** | |
| 20 Kcal/Kg (kcal) | 1351.72 ·JA |
| 40 Kcal/Kg (kcal) | 2703.44 ·JA |
| 60 Kcal/Kg (kcal) | 4055.16 ·JA |
| 80 Kcal/Kg (kcal) | 5408.88 ·JA |
| 100 Kcal/Kg (kcal) | 6758.6 ·JA |
| 120 Kcal/Kg (kcal) | 8110.32 ·JA |
| 140 Kcal/Kg (kcal) | 9462.04 ·JA |
| 160 Kcal/Kg (kcal) | 10813.76 ·JA |
| 180 Kcal/Kg (kcal) | 12165.48 ·JA |
| 200 Kcal/Kg (kcal) | 13517.2 ·JA |
| **RDA Method** | |
| RDA (> 1 year-3 years) (kcal) | 6893.77 ·JA |
| RDA (4-6 years) (kcal) | 6082.74 ·JA |
| RDA (7-10 years) (kcal) | 4731.02 ·JA |
| **Schofield Female** | |
| Schofield Female (0-3 years) (kcal) | 2400.2 ·JA |
| Schofield Female (4-10 years) (kcal) | 1992.07 ·JA |
| Schofield Female (11-18 years) (kcal) | 1544.88 ·JA |
| **Schofield Male** | |
| Schofield Male (0-3 years) (kcal) | 1937.46 ·JA |
| Schofield Male (4-10 years) (kcal) | 1957.34 ·JA |
| Schofield Male (11-18 years) (kcal) | 812.77 ·JA |
| **WHO Equation Female** | |
| WHO Equation Female (0-3 years) (kcal) | 4071.75 ·JA |
| WHO Equation Female (4-10 years) (kcal) | 2019.69 ·JA |
| WHO Equation Female (11-18 years) (kcal) | 1570.55 ·JA |
| **Ideal Body Weight (IBW)** | |
| Ideal Body Weight (IBW) (kg) | 59.58 ·JA |
| % Ideal Body Weight | 113.45 ·JA |
| **WHO Equation Male** | |
| WHO Equation Male (0-3 years) (kcal) | 4061.99 ·JA |
| WHO Equation Male (4-10 years) (kcal) | 2029.2 ·JA |
| WHO Equation Male (11-18 years) (kcal) | 1833.76 ·JA |
| **RDA Method (Infant)** | |
| RDA (0-6 month old) | 7299.29 ·JA |

Generated on 12/15/17 12:58 PM

**NYU Langone Health System**

NR NEUROLOGY
240 E. 38th St, 15th floor
NEW YORK NY 10016-2708
Amb Encounter Report

Brown, Shirley
MRN: 13161883, DOB:＿＿＿＿ Sex: F
Encounter date: 10/23/2017

Flowsheets (all recorded) (continued)

**Custom Formula Data - Mon October 23, 2017 (continued)**

| Row Name | 1329 |
| --- | --- |
| (kcal) | |
| RDA (> 6 months-1 year old) (kcal) | 6623.43 ~JA |

**RD Method Female (Adolescent)**

| RDA Female (11-14 years) (kcal) | 3176.54 ~JA |
| --- | --- |
| RDA Female (15-18 years) (kcal) | 2703.44 ~JA |

**Mifflin-St. Jeor Equation**

| RMR (Mifflin-St. Jeor Equation) | 1217.61 ~JA |
| --- | --- |

**Fluid Requirements**

| Holliday-Segar Method (<= 10 kg) (mL) | 6758.6 ~JA |
| --- | --- |
| Holliday-Segar Method (>10 <=20 kg) (mL) | 4379.3 ~JA |
| Holliday-Segar Method (> 20 kg) (mL) | 4879.3 ~JA |

**Anthropometrics**

| Height Standing (in) | 66 ~JA |
| --- | --- |

**Fluid Requirements**

| Holliday-Segar Method (over 20 kg) | 2851.72 ~JA |
| --- | --- |

**Measurements (Adult/Pediatric)**

| BMI (kg/m2) | 24.1 ~JA |
| --- | --- |

**Anthropometrics - Mon October 23, 2017**

| Row Name | 1329 |
| --- | --- |

**Anthropometrics**

| Weight Change | 0 ~JA |
| --- | --- |

**User Key**                                                            (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
| --- | --- | --- |
| JA | Jacqueline Ayala | - |

**Encounter-Level Documents - 10/23/2017:**

After Visit Summary - Document on 10/23/2017  2:20 PM : After Visit Summary (below)

**NYU Langone Health System**

NR NEUROLOGY
240 E. 38th St, 15th floor
NEW YORK NY 10016-2708
Amb Encounter Report

Brown, Shirley
MRN: 13161883, ▮▮▮▮▮ Sex: F
Encounter date: 10/23/2017

Encounter-Level Documents - 10/23/2017: (continued)

## AFTER VISIT SUMMARY

NYU Langone MEDICAL CENTER

**Shirley Brown** DoB: 4/23/1948          📅 10/23/2017  1:30 PM  📍 NYU NEUROLOGY ASSOCIATES 212-263-7744

### Instructions from Cinthi Pillai, MD

-Concussion guideline reviewed
-Blood test
-Schedule MRI brain with and without
-Schedule EEG
-Headache diary; limit over the counter medications
-Riboflavin and magnesium 400mg daily
-Follow up with your ophthalmologist
-Follow up with your primary care doctor

 **Orders placed today**
BASIC METABOLIC PANEL
Complete as directed

MRI brain with and without IV contrast
Complete as directed

ROUTINE EEG, 41-60 MINUTES
Complete as directed

 Return in about 6 weeks
(around 12/4/2017).

### What's Next

DEC **5** 2017   treatment - concussion with
Cinthi Pillai, MD
Tuesday December 5 12:30 PM

NYU NEUROLOGY
ASSOCIATES
240 EAST 38TH STREET
20TH FLOOR
New York NY 10016
212-263-7744

### Today's Visit

You saw Cinthi Pillai, MD on Monday
October 23, 2017 for:
• Concussion

The following issues were addressed:
• Headache, new daily persistent (NDPH)
• Numbness
• Facial twitching

 Blood
Pressure
**148/90**

 BMI
**24.05**

 Weight
**149 lb**

 Height
**5' 6"**

 Pulse
**78**

### MyChart at NYU Langone

**MyChart at NYU Langone Health
allows you to send a secure message to
your physician's office, view your test
results, renew prescriptions, schedule
appointments, make payments and
more. To view your account, visit
https://mychart.nyulmc.org.**

Shirley Brown (MRN: 13161883) (CSN: 7162144441) - Printed by [COSTAS03] at 10/23/17  2:20 PM                Page 1 of 2  Epic

**NYU Langone Health System**

NR NEUROLOGY
240 E. 38th St, 15th floor
NEW YORK NY 10016-2708
Amb Encounter Report

Brown, Shirley
MRN: 13161883 ███████ Sex: F
Encounter date: 10/23/2017

Encounter-Level Documents - 10/23/2017: (continued)

## Your Medication List  as of 10/23/17 2:20 PM

Always use your most recent med list.

multivitamin capsule                                    Take 1 Cap by mouth daily.

OMEGA 3 ORAL                                            Take by mouth.

ZYRTEC ORAL                                             Take by mouth.

## Problem List                     Reviewed: 10/23/2017  1:38 PM by Cinthi Pillai, MD
None

## Allergies as of 10/23/2017
No Known Allergies

If you feel that any of the information in this summary is inaccurate, please talk with your healthcare provider.

## Information About Medication Safety

It is important to keep an updated record of the medications you are taking, and to bring this updated list of medications every time you visit your Health Care Provider and when you come to the hospital. We want to help you in managing your medications safely after your visit or discharge. This includes the potential side effects of your medications.  If you have any questions regarding the medications you are taking, please speak to your Health Care Provider or Pharmacist.

## Have questions about your bills?

Our physician and hospital customer service representatives are available to answer any billing questions.

Physician Billing: 1 - 877 - 648 - 2964
Hospital Billing: 1 - 800 - 237 - 6977

## NYU Referral Center

As a patient at NYU Langone, you have access to many doctors and specialties within our network. If you are seeking a referral to an NYU Langone physician, we are available to assist you:

NYU Langone Physician Referral Services - (855) 314-2978 Monday - Friday 7:00 AM - 8:00 PM
NYU Langone's Hospital for Joint Diseases - (888) HJD DOCS (888-453-3627) Monday - Friday 8:30 AM - 6:30 PM
NYU Lutheran Medical Center - (718) 630-RXRX (718-630-7979) 24 hours a day, 7 days a week

You may also visit us at nyulangone.org (Find a Doctor) to schedule or request an appointment online.

**NYU Langone Health System**

NR NEUROLOGY
240 E. 38th St, 15th floor
NEW YORK NY 10016-2708
Amb Encounter Report

Brown, Shirley
MRN: 13161883⬛⬛⬛⬛⬛⬛, Sex: F
Encounter date: 10/23/2017

---

**Encounter-Level Documents - 10/23/2017: (continued)**

---

After Visit Summary - Document on 10/23/2017 2:05 PM : After Visit Summary (below)

## AFTER VISIT SUMMARY
**Shirley Brown** DoB: 4/23/1948

🗓 10/23/2017  1:30 PM  📍 NYU NEUROLOGY ASSOCIATES 212-263-7744

NYU Langone MEDICAL CENTER

### Instructions from Cinthi Pillai, MD

-Concussion guideline reviewed
-Blood test
-Schedule MRI brain with and without
-Schedule EEG
-Headache diary; limit caffeine; limit over the counter medications
-Riboflavin and magnesium 400mg daily
-Follow up with your ophthalmologist
-Follow up with your primary care doctor

 **Orders placed today**
BASIC METABOLIC PANEL
Complete as directed

MRI brain with and without IV contrast
Complete as directed

ROUTINE EEG, 41-60 MINUTES
Complete as directed

📅 Return in about 6 weeks
(around 12/4/2017).

### What's Next
You currently have no upcoming appointments scheduled.

### Your Medication List as of 10/23/17 2:05 PM
⚡ Always use your most recent med list.

**multivitamin capsule**
Take 1 Cap by mouth daily.

**OMEGA 3 ORAL**
Take by mouth.

**ZYRTEC ORAL**
Take by mouth.

### Problem List Reviewed: 10/23/2017 1:38 PM by Cinthi Pillai, MD
None

### Today's Visit
You saw Cinthi Pillai, MD on Monday October 23, 2017 for:
• Concussion

The following issues were addressed:
• Headache, new daily persistent (NDPH)
• Numbness
• Facial twitching



| | | |
|---|---|---|
| Blood Pressure **148/90** | | BMI **24.05** |
| Weight **149 lb** | | Height **5' 6"** |
| Pulse **78** | | |

### MyChart at NYU Langone
MyChart at NYU Langone Health allows you to send a secure message to your physician's office, view your test results, renew prescriptions, schedule appointments, make payments and more. To view your account, visit
**https://mychart.nyumc.org.**

Shirley Brown (MRN: 13161883) (CSN: 715244441) • Printed by [CP209] at 10/23/17  2:05 PM

Page 1 of 2  Epic

---

**NYU Langone Health System**

NR NEUROLOGY
240 E. 38th St, 15th floor
NEW YORK NY 10016-2708
Amb Encounter Report

Brown, Shirley
MRN: 13161883, DOB: ███ Sex: F
Encounter date: 10/23/2017

**Encounter-Level Documents - 10/23/2017: (continued)**

## Allergies as of 10/23/2017
No Known Allergies

*If you feel that any of the information in this summary is inaccurate, please talk with your healthcare provider.*

## Information About Medication Safety

It is important to keep an updated record of the medications you are taking, and to bring this updated list of medications every time you visit your Health Care Provider and when you come to the hospital. We want to help you in managing your medications safely after your visit or discharge. This includes the potential side effects of your medications. If you have any questions regarding the medications you are taking, please speak to your Health Care Provider or Pharmacist.

## Have questions about your bills?

Our physician and hospital customer service representatives are available to answer any billing questions.

Physician Billing: 1 - 877 - 648 - 2964
Hospital Billing: 1 - 800 - 237 - 6977

## NYU Referral Center

As a patient at NYU Langone, you have access to many doctors and specialties within our network. If you are seeking a referral to an NYU Langone physician, we are available to assist you:

NYU Langone Physician Referral Services - (855) 314-2978 Monday - Friday 7:00 AM - 8:00 PM
NYU Langone's Hospital for Joint Diseases - (888) HJD DOCS (888-453-3627) Monday - Friday 8:30 AM - 6:30 PM
NYU Lutheran Medical Center - (718) 630-RXRX (718-630-7979) 24 hours a day, 7 days a week

You may also visit us at nyulangone.org (Find a Doctor) to schedule or request an appointment online.

**NYU Langone Health System**

NR NEUROLOGY
240 E. 38th St, 15th floor
NEW YORK NY 10016-2708
Amb Encounter Report

Brown, Shirley
MRN: 13161883, DOB:████████ Sex: F
Encounter date: 10/23/2017

Encounter-Level Documents - 10/23/2017: (continued)

## END OF REPORT

Source Note:

Progress Notes by John J Delfino, DMD at 2/20/2018 10:00 AM

| | | |
|---|---|---|
| Author: John J Delfino, DMD | Service: — | Author Type: Physician |
| Filed: 2/20/2018 12:31 PM | Encounter Date: 2/20/2018 | Note Type: Progress Notes |
| Status: Signed | Editor: John J Delfino, DMD (Physician) | |

**Subjective:**

**History of Present Illness:**
Shirley Brown is a 69 y.o. female who presents with a Facial Pain which started 8 months ago when she was struck in the head when a luggage which was being attempted to be placed in the overhead storage bin fell and struck her in the right parietal region.. Symptoms were described as right headache with face, lips and nasal ala paresthesia.which is radiating to her tongue which is associated with weakness, numbness, and/or paresthesia. Exacerbating factors include heavy lifting, alleviating factors include magnesium and B2. The patient does report of limitations in ADLS, which include over doing house work. Sleep is interrupted due to pain. She reports 7 of hours/sleep per night. Current pain score is 8

1. Are you involved in a lawsuit because of your pain? yes

**Current pharmacotherapy:**
NSAIDS yes
Acetaminophen  yes
Anticonvulsants yes
Sedatives no
Creams/Patches  no
Opioids  no
Side effects?  no

**Anticoagulation:** None

**Pain Modalities tried (response to treatment):**
Medications tried in past: calcium, magnesium, Vit B2, Zertec
Physical therapy:  no
Chiropractic:  no
Acupuncture:  no
Spinal interventions:  no
Surgery:  no

**Diagnostics:**
MRI: Brian
CT: no
Standard XRay: no
EMG: no
Other: EEG Normal

History reviewed. No pertinent past medical history.

**Past Surgical History:**
| Procedure | Laterality | Date |
|---|---|---|
| • BREAST BIOPSY | | |

History reviewed. No pertinent family history.

**Social History**

Social History
  • Marital status:                    Single
      Spouse name:                     N/A
  • Number of children:      .         N/A
  • Years of education:                N/A

Social History Main Topics
  • Smoking status:                    Never Smoker
  • Smokeless tobacco:                 Never Used
  • Alcohol use                        No
  • Drug use:                          No
  • Sexual activity:                   Not Asked

Other Topics                                               Concern
  •    None

Social History Narrative
  • None


No Known Allergies

There are no active problems to display for this patient.


I am having Ms. Brown maintain her OMEGA-3S/DHA/EPA/FISH OIL (OMEGA 3 ORAL), multivitamin,
CETIRIZINE HCL (ZYRTEC ORAL), MAGNESIUM ORAL, and calcium carbonate.


**Review of Systems:**

General: No Wt Loss/Gain, weakness, fatigue, fever
Skin: No Rashes, Lumps, Sores, Itching, Dryness, Color Change, Changes in Hairs/Nails
Head: Right parietal Headache, Injury(luggage fell from overhead bin on airplane).
Eyes: No Changes in Vision, Pain, Spots, Glaucoma, Cataracts
Ears: No Changes in Hearing, Tinnitus, Discharge
Nose/Sinuses: No Congestion, Discharge, Itching, Epistaxis
Mouth/Throat: Normal Teeth/Gums, No Sore throat, Hoarseness Tongue paresthesia
TMJ Denies pain popping or crepitus.
Neck: No Lumps, Pain, Stiffness
Respiratory: No Cough, SOB, Hemoptysis
Cardiac: No HTN, Murmur, Palpitations, Chest Pain, Dyspnea, Orthopnea
GI: No Reflux, Change in Appetite, Nausea, Vomiting, Diarrhea, Change in Bowel Habits, Bleeding
GU: No Dysuria, Frequency, Urgency, Nocturia, Hematuria, Incontinence
MusculoSkeletal:No Weakness bilaterally. Negative for muscle weakness or gait disturbance.
Endocrine: No Thyroid Disease, Polyuria, Thirst/Hunger
Heme/Lymphatic: Denies abnormal bruising, bleeding, enlarged lymph nodes.
Psych: no Depression, no Anxiety
Neuro:  negative for - behavioral changes, bowel and bladder control changes, confusion, dizziness,
gait disturbance, headaches, impaired coordination/balance, memory loss, numbness/tingling,
seizures, speech problems, visual changes, weakness

**Objective:**

**Visit Vitals**
| | |
|---|---|
| BP | 140/81 |
| Pulse | 99 |
| Ht | 1.676 m (5' 6") |
| Wt | 66.7 kg (147 lb) |
| LMP | (Approximate) |
| SpO2 | 100% |
| BMI | 23.73 kg/m² |

Weight from previous visit - Weight - Scale: 66.7 kg (147 lb)

**Physical Exam:**

**General Appearance:**  cooperative, no acute distress,

**Head:**  Normocephalic without exostosis or scars.

NEUROLOGIC: Cranial Nerves II -IV grossly intact. CN V right facial pain, paresthesia invvolving the V II and V III divisions of CN V. CN VI thru XII grossly intact.

**Eyes:**
Visual fields: grossly intact by confrontation
Ophthalmoscopic: discs sharp and flat, no a/v nicking, hemorrhages, or exudates
Posterior segments: vitreous, retina and vessels normal
Pupils: equal, round, reactive to light and accommodation
EOM: extraocular movements intact, normal gaze alignment

**Ears:**  TM's intact bilaterally.  No protrusion, retraction, air-fluid level.  No discharge.

**Nose:**  Nares patent bilaterally without discharge or evidence of hemorrhage.  Septum midline.

**Throat:**  Mucous membranes pink without evidence of lesions.  Tongue midline protrusion. Oropharynx clear. TMJs Normal ROM, no crepitus or lateralization..

**Neck:** Supple, no adenopathy, thyroid: not enlarged, no carotid bruit or JVD

**Lungs:** Clear to auscultation bilaterally,no adventitious breath sounds, normal expiratory phase

**Heart:** Regular rate and rhythm, S1, S2 normal, no murmur, rub or gallop

**Abdomen:** Soft, non-tender, bowel sounds active , no hepatosplenomegaly

**Lymphatic:**  No cervical, axillary, or inguinal adenopathy

**Extremities:**  no cyanosis or edema, no joint swelling

**Musculoskeletal:** Norrmal muscle power in all extremities
**Skin:**   Skin color, texture normal, no rashes

**Gait:** non antalgic, can toe/heel walk

**Cervical Spine:** negative for  spasm, negative for  tenderness to palpation, ROM WNL in flexion/extension//rotation

**Lumbar Spine:** negative for spasm, negative for tenderness to palpation, ROM WNL in flexion/extension/side bending/rotation

**Neurologic:** sensory and motor normal, negative for SLR, negative for facet load, negative for FABER, motor and sensory grossly intact, no atrophy, Cranial Nerves: CN II thru XII grossly intact.

## Assessment

**Patient ID:** Shirley Brown is a 69 y.o. female who presents for Facial Pain
Which started on the right following a head injury and now she reports it involves the left side.

Results for orders placed or performed during the hospital encounter of 11/10/17
BASIC METABOLIC PANEL

| Result | Value | Ref Range |
|---|---|---|
| SODIUM | 141 | 134 - 146 mmol/L |
| POTASSIUM | 4.3 | 3.6 - 5.2 mmol/L |
| CHLORIDE | 101 | 98 - 108 mmol/L |
| CARBON DIOXIDE | 32 | 25 - 32 mmol/L |
| BLOOD UREA NITROGEN | 13 | 10 - 26 mg/dL |
| CREATININE | 0.8 | 0.6 - 1.0 mg/dL |
| GLUCOSE | 77 | 70 - 100 mg/dL |
| CALCIUM | 9.3 | 8.3 - 10.3 mg/dL |
| EGFR MDRD NON AFRICAN AMERICAN | >60.0 | >60 mL/min/1.73 m2 |
| EGFR MDRD AFRICAN AMERICAN | >60.0 | >60 mL/min/1.73 m2 |
| ANION GAP | 8 | 6 - 14 mmol/L |

## Plan
Consider left V II and III diagnostic block

More than 50% of the visit was spent explaining findings, assessment and plan of action.8 months ago

Electronically signed by John J Delfino, DMD at 2/20/2018 12:31 PM

Source Note:

Progress Notes by Micah Burns, MD at 4/11/2018  8:00 AM

| Author: Micah Burns, MD | Service: — | Author Type: Fellow |
| Filed: 4/11/2018  8:51 AM | Encounter Date: 4/11/2018 | Note Type: Progress Notes |
| Status: Addendum | Editor: John J DeBias, DMD (Physician) | |
| Related Notes: Original Note by Micah Burns, MD (Fellow) filed at 4/11/2018  8:09 AM | | |

### Subjective:

**Interval Histor 4/11/18**
Pain well controlled just having some tearing, with small flare ups that don't bother her very much. She does not desire a procedure at this time and would like to stop taking medications as she does not have any pain.

**History of Present Illness:**
Shirley Brown is a 69 y.o. female who presents with a Facial Pain
 which started 8 months ago when she was struck in the head when a luggage which was being attempted to be placed in the overhead storage bin fell and struck her in the right parietal region.. Symptoms were described as right headache with face, lips and nasal ala paresthesia.which is radiating to her tongue which is associated with weakness, numbness, and/or paresthesia. Exacerbating factors include heavy lifting, alleviating factors include magnesium and B2, The patient does report of limitations in ADLS, which include over doing house work.  Sleep is interrupted due to pain.  She reports 7 of hours/sleep per night.  Current pain score is 8

1.  Are you involved in a lawsuit because of your pain? yes

**Current pharmacotherapy:**
NSAIDS yes
Acetaminophen  yes
Anticonvulsants yes
Sedatives no
Creams/Patches  no
Opioids  no
Side effects?  no

**Anticoagulation: None**

**Pain Modalities tried (response to treatment):**
Medications tried in past: calcium, magnesium, Vit B2, Zertec
Physical therapy:  no
Chiropractic: no
Acupuncture:  no
Spinal Interventions:  no
Surgery:  no

**Diagnostics:**
MRI: Brian
CT: no
Standard XRay: no
EMG: no
Other: EEG Normal

History reviewed. No pertinent past medical history.

**Past Surgical History:**
Procedure                                    Laterality          Date

- BREAST BIOPSY

History reviewed. No pertinent family history.

**Social History**

Social History
- Marital status:             Single
     Spouse name:           N/A
- Number of children:        N/A
- Years of education:        N/A

Social History Main Topics
- Smoking status:            Never Smoker
- Smokeless tobacco:         Never Used
- Alcohol use                No
- Drug use:                  No
- Sexual activity:           Not Asked

Other Topics                                    Concern
- None

Social History Narrative
- None

No Known Allergies

There are no active problems to display for this patient.

I am having Ms. Brown maintain her OMEGA-3S/DHA/EPA/FISH OIL (OMEGA 3 ORAL), multivitamin, CETIRIZINE HCL (ZYRTEC ORAL), MAGNESIUM ORAL, calcium carbonate, and (riboflavin, vitamin B2, (VITAMIN B-2 ORAL)).

**Review of Systems:**

General: No Wt Loss/Gain, weakness, fatigue, fever
Skin: No Rashes, Lumps, Sores, Itching, Dryness, Color Change, Changes in Hairs/Nails
Head: Right parietal Headache, Injury(luggage fell from overhead bin on airplane).
Eyes: No Changes in Vision, Pain, Spots, Glaucoma, Cataracts
Ears: No Changes in Hearing, Tinnitus, Discharge
Nose/Sinuses: No Congestion, Discharge, Itching, Epistaxis
Mouth/Throat: Normal Teeth/Gums, No Sore throat, Hoarseness Tongue paresthesia
TMJ Denies pain popping or crepitus.
Neck: No Lumps, Pain, Stiffness
Respiratory: No Cough, SOB, Hemoptysis
Cardiac: No HTN, Murmur, Palpitations, Chest Pain, Dyspnea, Orthopnea
GI: No Reflux, Change in Appetite, Nausea, Vomiting, Diarrhea, Change in Bowel Habits, Bleeding
GU: No Dysuria, Frequency, Urgency, Nocturia, Hematuria, Incontinence
MusculoSkeletal:No Weakness bilaterally. Negative for muscle weakness or gait disturbance.
Endocrine: No Thyroid Disease, Polyuria, Thirst/Hunger
Heme/Lymphatic: Denies abnormal bruising, bleeding, enlarged lymph nodes.

**Psych**: no Depression, no Anxiety
**Neuro**: negative for - behavioral changes, bowel and bladder control changes, confusion, dizziness, gait disturbance, headaches, impaired coordination/balance, memory loss, numbness/tingling, seizures, speech problems, visual changes, weakness

**Objective:**

**Visit Vitals**
BP            153/80
Pulse         81
Ht            1.676 m (5' 6")
Wt            66.7 kg (147 lb)
LMP           (Approximate)
SpO2          99%
BMI           23.73 kg/m²

Weight from previous visit – Weight – Scale: 66.7 kg (147 lb)

**Physical Exam:**

**General Appearance:**   cooperative, no acute distress,

**Head:**  Normocephalic without exostosis or scars.

NEUROLOGIC: Cranial Nerves II -IV grossly intact. CN V right facial pain, paresthesia invvolving the V II and V III divisions of CN V. CN VI thru XII grossly intact.

**Eyes:**
Visual fields: grossly intact by confrontation
Ophthalmoscopic: discs sharp and flat, no a/v nicking, hemorrhages, or exudates
Posterior segments: vitreous, retina and vessels normal
Pupils: equal, round, reactive to light and accommodation
EOM: extraocular movements intact, normal gaze alignment

**Ears:**  TM's intact bilaterally.  No protrusion, retraction, air-fluid level.  No discharge.

**Nose:**  Nares patent bilaterally without discharge or evidence of hemorrhage.  Septum midline.

**Throat:**  Mucous membranes pink without evidence of lesions.  Tongue midline protrusion. Oropharynx clear. TMJs Normal ROM, no crepitus or lateralization..

**Neck:** Supple, no adenopathy, thyroid: not enlarged, no carotid bruit or JVD

**Lungs:** Clear to auscultation bilaterally,no adventitious breath sounds, normal expiratory phase

**Heart:** Regular rate and rhythm, S1, S2 normal, no murmur, rub or gallop

**Abdomen:** Soft, non-tender, bowel sounds active , no hepatosplenomegaly

**Lymphatic:**  No cervical, axillary, or inguinal adenopathy

**Extremities:**  no cyanosis or edema, no joint swelling

**Musculoskeletal:** Normmal muscle power in all extremities

Brown, Shirley (MRN 13161883) Printed by Jennifer Woods-Portonova [WOODSJ03] at 11/22/19 10:5...

**Skin:**   Skin color, texture normal, no rashes

**Gait:** non antalgic, can toe/heel walk

**Cervical Spine:** negative for spasm, negative for tenderness to palpation, ROM WNL in flexion/extension//rotation

**Lumbar Spine:** negative for spasm, negative for tenderness to palpation, ROM WNL in flexion/extension/side bending/rotation

**Neurologic:** sensory and motor normal, negative for SLR, negative for facet load, negative for FABER, motor and sensory grossly intact, no atrophy, Cranial Nerves: CN II thru XII grossly intact.

**Assessment**

**Patient ID:** Shirley Brown is a 69 y.o. female who presents for Facial Pain
Which started on the right following a head injury and now she reports it involves the left side.

Results for orders placed or performed during the hospital
encounter of 11/10/17
BASIC METABOLIC PANEL

| Result | Value | Ref Range |
|---|---|---|
| SODIUM | 141 | 134 - 146 mmol/L |
| POTASSIUM | 4.3 | 3.6 - 5.2 mmol/L |
| CHLORIDE | 101 | 98 - 108 mmol/L |
| CARBON DIOXIDE | 32 | 25 - 32 mmol/L |
| BLOOD UREA NITROGEN | 13 | 10 - 26 mg/dL |
| CREATININE | 0.8 | 0.6 - 1.0 mg/dL |
| GLUCOSE | 77 | 70 - 100 mg/dL |
| CALCIUM | 9.3 | 8.3 - 10.3 mg/dL |
| EGFR MDRD NON AFRICAN AMERICAN | >60.0 | >60 mL/min/1.73 m2 |
| EGFR MDRD AFRICAN AMERICAN | >60.0 | >60 mL/min/1.73 m2 |
| ANION GAP | 8 | 6 - 14 mmol/L |

**Plan**
Facial pain- resolved as per patient. If the flare ups become bothersome she will return to the practice.
She agrees with this plan and will call for an appointment if necessary.

RTC PRN
I saw and examined the patient. Discussed findings with resident and agree with the resident findings and plan as documented in the resident's note.
More than 50% of the visit was spent explaining findings, assessment and plan of action.8 months ago

Electronically signed by John J Dellino, DMD at 4/11/2018  8:51 AM

Nov. 22. 2019  11:05AM
Brown, Shirley (MRN 13161883)

No. 6134   P. 12/12
Encounter Date: 04/11/2018

**NYU Langone Health System**

Brown, Shirley
MRN: 13161883 ▮▮▮▮▮▮▮ Sex: F

## Patient Demographics

| Name | Patient ID | SSN | Sex | Birth Date |
|---|---|---|---|---|
| Brown, Shirley | 13161883 | xxx-xx-9999 | Female | 04/23/48 (69 yrs) |

| Address | Phone | Email | Employer |
|---|---|---|---|
| ▮▮▮▮▮▮▮ | 917-873-9803 (H) 917-873-9803 (M) | ShirleyBrown3248@yahoo.com | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| ELAPSED | | 11/10/17 | 12/10/17 |

Emergency Contact 1
Sheree Brown (DAUGHTER)
646-406-5017 (H)
646-406-5017 (M)

## MRI BRAIN WITH AND WITHOUT IV CONTRAST [209154692]

Electronically signed by: Cinthi Pillai, MD on 10/23/17 1349
Ordering user: Cinthi Pillai, MD 10/23/17 1349
Frequency: 11/21/17 0755 - 1 Occurrences

Authorized by: Cinthi Pillai, MD

Status: Completed

**Diagnoses**
Headache, new daily persistent (NDPH) [G44.52]
Numbness [R20.0]
Facial twitching [G51.4]

**Questionnaire**

| Question | Answer |
|---|---|
| Should Advanced Image Post–Processing (3D) be performed on this study? | Per Radiologist Judgment |
| Allow radiologist to modify order with respect to the administration of intravenous contrast based on the diagnostic purpose and the clinical conditions, signs or symptoms of the patient: | Yes |
| Clinical History: | New headache and right face numbness and twitching |
| Do you want an expedited read? | No |

### Result date and time is equivalent to report date and time.

MRI BRAIN WITH AND WITHOUT IV CONTRAST [209154693]          Resulted: 11/21/17 1113, Result status: Final result

Resulted by:                              Performed: 11/21/17 0814 - 11/21/17 0905
Timothy Shepherd, MD
Neell Bagadiya, MD
Resulting lab: NYU RADIOLOGY SWF
Narrative:
CLINICAL INDICATION: New headache and right face numbness and twitching. History of concussion 8/28/2017

TECHNIQUE: Multi-planar multi-sequential MR imaging of the brain was performed before and after the intravenous administration of 6.7 ml of Gadavist.

COMPARISON: None

FINDINGS: There is subtle asymmetric decreased caliber of the right trigeminal nerve however no mass or mass effect on the nerve cisternal segment is appreciated. The trigeminal root entry zone and right Meckel's cave also appear within normal limits.

Scattered supratentorial and medial lemniscus and ill-defined pontine T2/FLAIR hyperintense foci within the white matter are nonspecific and likely secondary to chronic microvascular ischemic disease.

No acute infarction, intracranial hemorrhage or mass. No abnormal intracranial enhancement is identified.

The ventricles are normal without evidence of hydrocephalus. There are no extra-axial fluid collections.

The visualized intraorbital contents are normal. The imaged portions of the paranasal sinuses are clear. The mastoid air cells are clear. The visualized soft tissues and osseous structures appear normal.

Electronic Signature: I personally reviewed the images and agree with this report. Final Report: Dictated by Resident Neell Bagadiya MD and Signed by Attending Timothy Shepherd MD 11/21/2017 11:13 AM

Impression:
IMPRESSION:

**NYU Langone Health System**

HJD CMC RAD MRI
333 East 38th St
NEW YORK NY 10016-2772

Brown, Shirley
MRN: 13161883, DOB████ Sex: F
Adm: 11/21/2017, D/C: 11/21/2017

Subtle asymmetric appearance of cisternal right trigeminal nerve could correlate with symptoms but there is no mass or mass effect to explain the finding.

Moderate supratentorial and ill-defined pontine hyperintensities likely correlate with age and/or cerebrovascular risk factors.

I, Timothy Shepherd, M.D./Ph.D., have personally reviewed the images and agree with the above interpretation.

### Specimen Information

| Type | Source | Collected On |
|------|--------|--------------|
| — | — | 11/21/17 1005 |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|--------------------|------|----------|---------|------------------|
| 133 - NYU Rad Syngo | NYU RADIOLOGY SWF | Unknown | Unknown | 07/06/10 1226 - Present |

---

**ROUTINE EEG, 41-60 MINUTES [209154689]**

Electronically signed by: Cinthi Pillai, MD on 10/23/17 1349                                              Status: Completed
Ordering user: Cinthi Pillai, MD 10/23/17 1349                                  Authorized by: Cinthi Pillai, MD
Ordered during: Office Visit on 10/23/2017
Frequency: 10/23/17 -
Diagnoses
Headache, new daily persistent (NDPH) [G44.52]
Numbness [R20.0]
Facial twitching [G51.4]

### Result date and time is equivalent to report date and time.

**ROUTINE EEG, 41-60 MINUTES [215795978]**                    Resulted: 11/29/17 1330, Result status: Final result
Resulting lab: NYU PERFORMED
Narrative:
Joslane Lajoie, MD    11/30/2017 6:09 AM
History:
Shirley Brown is a 69 y.o. female referred for routine EEG with a history of: paroxysmal events of unclear etiology.

Current Outpatient Prescriptions:
• CETIRIZINE HCL (ZYRTEC ORAL), Take  by mouth., Disp: , Rfl:
• multivitamin capsule, Take 1 Cap by mouth daily., Disp: , Rfl:

• OMEGA-3S/DHA/EPA/FISH OIL (OMEGA 3 ORAL), Take  by mouth., Disp: , Rfl:

Technique:
A 21 channel electroencephalogram (EEG) recording using the International 10-20 system was performed utilized a NicOne system.

EEG Background:
The waking background was characterized by the presence of a well organized symmetric mixture of alpha, beta and theta frequencies, with a symmetric and reactive 10 Hertz posterior dominant rhythm (PDR). The normal anterior-to-posterior gradient of frequency and amplitude was present.

During drowsiness, slow rolling eye movements, attenuation and fragmentation of the posterior dominant rhythm and diffuse background slowing.

There was normal sleep architecture, with synchronous and symmetric vertex waves, sleep spindles and K-complexes present during Stage II sleep. Slow wave sleep architecture was preserved.

No generalized slowing was present.  No focal slowing was present.

Paroxysmal Activity (non-epileptiform):

---

Generated on 12/15/17 12:58 PM                                                                      Page 2

**NYU Langone Health System**

TH ACC EEG
240 East 38th Street
NEW YORK NY 10016-2708

Brown, Shirley
MRN: 13161883, DOB: ███████ Sex: F
Encounter date: 11/29/2017

None

**Epileptiform Activity:**
No epileptiform activity was present.

**Activation Procedures:**
Hyperventilation: Hyperventilation was not performed.

Photic Stimulation: Photic stimulation between 2-20 Hertz was associated with bilateral driving response at some frequencies.

**Clinical Events:**
No clinical nor electrographic seizures were captured.

**Impression:**
This is a normal EEG study in the awake and asleep states. No epileptiform activity was seen and no clinical events or seizures were recorded.

**Clinical Correlation:**
This is a normal EEG. Clinical correlation is advised.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 143 - Unknown | NYU PERFORMED | Unknown | Unknown | 01/25/11 1853 - Present |

## VISIT SUMMARY

**Reason for Visit**
Concussion

**Diagnoses**

| | Comments |
|---|---|
| Headache, new daily persistent (NDPH)   - Primary | |
| Numbness | |
| Facial twitching | |

**Problem List** as of 10/23/2017                                    Date Reviewed: 10/23/2017
None

**Allergies** as of 10/23/2017                          Verified On: 10/23/2017 By: Cinthi Pillai, MD
No Known Allergies

**Vitals**

| BP | Pulse | Ht | Wt | LMP |
|---|---|---|---|---|
| 148/90 (Site: Right Arm, Position: Sitting) | 78 | 1.676 m (5' 6") | 67.6 kg (149 lb) | (Approximate) |

BMI
24.05 kg/m²

## MEDICATIONS

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| multivitamin capsule (Taking)<br>Sig: Take 1 Cap by mouth daily.<br>Class: Historical Med<br>Route: Oral | | | | |

**NYU Langone Health System**

NR NEUROLOGY
240 E. 38th St, 15th floor
NEW YORK NY 10016-2708
Amb Encounter Report

Brown, Shirley
MRN: 13161883, DOB███████ Sex: F
Encounter date: 10/23/2017

**Medications the Patient Reported Taking (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| OMEGA-3S/DHA/EPA/FISH OIL (OMEGA 3 ORAL) (Taking) Sig: Take by mouth. Class: Historical Med Route: Oral | | | | |

## CALL CONTACT INFORMATION

**Call Information**

| | Provider | Department | Center |
|---|---|---|---|
| 10/23/2017 1:30 PM | Cinthi Pillai, MD | Nr Neurology | ACC Neuro |

**Reason for Call**

Concussion

**Care Advice Given**

No Care Advice given for this encounter.

## ORDERS AND RESULTS

Result date and time is equivalent to report date and time.

**NYU Langone Health System**

NR NEUROLOGY
240 E. 38th St, 15th floor
NEW YORK NY 10016-2708
Amb Encounter Report

Brown, Shirley
MRN: 13161883, DOB: ███    Sex: F
Encounter date: 10/23/2017

## Orders/Results - Order Type: Imaging

### MRI BRAIN WITH AND WITHOUT IV CONTRAST [209154688]

Electronically signed by: Cinthi Pillai, MD on 10/23/17 1349
Ordering user: Cinthi Pillai, MD 10/23/17 1349          Authorized by: Cinthi Pillai, MD          Status: Completed
Frequency: 10/23/17 -
Diagnoses
Headache, new daily persistent (NDPH) [G44.52]
Numbness [R20.0]
Facial twitching [G51.4]

Questionnaire

| Question | Answer |
|---|---|
| Should Advanced Image Post–Processing (3D) be performed on this study? | Per Radiologist Judgment |
| Allow radiologist to modify order with respect to the administration of intravenous contrast based on the diagnostic purpose and the clinical conditions, signs or symptoms of the patient: | Yes |
| Clinical History: | New headache and right face numbness and twitching |
| Do you want an expedited read? | No |

## Orders/Results - Order Type: Lab

### BASIC METABOLIC PANEL [209154687]

Electronically signed by: Cinthi Pillai, MD on 10/23/17 1349
Ordering user: Cinthi Pillai, MD 10/23/17 1349          Authorized by: Cinthi Pillai, MD          Status: Completed
Frequency: 10/23/17 -
Diagnoses
Headache, new daily persistent (NDPH) [G44.52]
Numbness [R20.0]
Facial twitching [G51.4]

## Orders/Results - Order Type: Medications

### OMEGA-3S/DHA/EPA/FISH OIL (OMEGA 3 ORAL) [209154684]

Electronically signed by: Jacqueline Ayala on 10/23/17 1328
Ordering user: Jacqueline Ayala 10/23/17 1328          Authorized by: Historical Provider, MD          Status: Active
Frequency:   - Until Discontinued

### multivitamin capsule [209154685]

Electronically signed by: Jacqueline Ayala on 10/23/17 1328
Ordering user: Jacqueline Ayala 10/23/17 1328          Authorized by: Historical Provider, MD          Status: Active
Frequency: Daily  - Until Discontinued

### CETIRIZINE HCL (ZYRTEC ORAL) [209154686]

Electronically signed by: Jacqueline Ayala on 10/23/17 1328
Ordering user: Jacqueline Ayala 10/23/17 1328          Authorized by: Historical Provider, MD          Status: Active
Frequency:   - Until Discontinued

## Progress Notes - All Notes

### Progress Notes by Cinthi Pillai, MD at 10/23/2017  1:30 PM

Author: Cinthi Pillai, MD          Specialty: Neurology, General          Author Type: Physician
Filed: 10/23/2017  2:05 PM          Encounter Date: 10/23/2017  1:30 PM          Status: Signed
Editor: Cinthi Pillai, MD (Physician)

**NEUROLOGY**

Chief Complaint: concussion

**NYU Langone Health System**

NR NEUROLOGY
240 E. 38th St, 15th floor
NEW YORK NY 10016-2708
Amb Encounter Report

Brown, Shirley
MRN: 13161883, DOB███████  Sex: F
Encounter date: 10/23/2017

Progress Notes - All Notes (continued)

Progress Notes by Cinthi Pillai, MD at 10/23/2017 1:30 PM (continued)

HPI:

This is a 69 year old right handed female who presents with a chief complaint of getting hit in the head with luggage (no loss of consciousness) on 8/28/17. She then developed a headache and right face numbness - associated with photophobia and phonophobia. She was evaluated in the ER when she arrived in San Diego and had a reportedly normal CT head on 8/29/17. About ten days later she returned to the ER due to headaches. She has headaches almost daily - mild dull ache, photophobia, phonophobia, numbness (around the mouth). She sleeps 8 hours nightly; 2 cups tea daily and daily snapple/gatorade; tylenol daily initially (not as much now). She denies nausea, dizziness, neck pain, weakness, numbness, difficulty walking.

ROS The remainder of the review of the 14 systems was negative.

Patient's medications, allergies, past medical, surgical, social and family histories were reviewed and updated as appropriate.

Vitals: 148/90

General: Well-developed, well-nourished individual of stated age in no acute distress.

HEENT: neck supple, full ROM

Cardiovascular: no carotid bruit appreciated

Mental Status: Alert and oriented to time, place and person. Recent and remote memory intact. Normal attention and concentration. Language intact - able to name, read and repeat. Follows commands and responds appropriately to questions. Normal fund of knowledge.
Cranial Nerves: II: VAsc 20/40 PH 20/20-1 OS 20/40 PH 20/20 OU (forgot new glasses), visual fields full on confrontation; disc margings sharp OU. III, IV and VI: PERRLA, EOM full, no ptosis, no nystagmus V: facial sensation is intact VII: Facial strength is intact VIII: Hearing symmetric to finger rub. IX, X: Palate elevates symmetrically. XII: Tongue strength is normal without atrophy or fasciculations.
Motor: normal tone, no atrophy/tenderness, no abnormal movements noted, strength 5/5 throughout, no pronator drift
Sensory: light touch, pin prick, proprioception, and vibration symmetric and intact
Coordination: no dysmetria on finger to nose
Reflexes: biceps 2+, brachioradialis 2+, triceps 2+, knee 2+, ankle 2+, Babinski negative bilaterally, no clonus
Gait: steady, normal based, able to tandem and walk on toes/heels, Rhomberg negative

Neuroimaging Reviewed:
-

Impression/Plan: This is a 69 year old right handed female who presents with a chief complaint of getting hit in the head with luggage (no loss of consciousness) on 8/28/17 - now with concussion symptoms as well as occasional right face numbness and twitching. Her
-Blood test
-Schedule MRI brain with and without
-Schedule EEG

Shirley Brown - 2878     Receipt#: 44208     Dated: 11-15-2019

## ITEMIZED CHARGES

Dated : 11-15-2019

Robert R. Ditkoff MD. PC
755 Park Avenue
New York, NY 10021
Telephone #212-772-2800
Fax #212-772-9220
Tax ID #133034510

Shirley C Brown
2289 5th Avenue, Apt 10M
New York, NY, 10037

Patient ID    :2878
Patient Phone #:
Other Phone #   :917-873-9803
Receipt #     :44208
Primary Ins    : National Goverment Services
Secondary Ins   : Ghi

| Date | Description | Unit | Physician | Charges | Payment | Adjustment | Balance |
|---|---|---|---|---|---|---|---|
| 07-11-2019 | [92014] Ophth. Comp. Est. | 1.00 | Kenneth Baras.. | $225.00 | $144.95 | | |
| 08-02-2019 | Paid : Medicare | | | | $115.71 | | |
| 08-02-2019 | Write off : Medicare | | | | | | |
| 08-02-2019 | Write Off : National G... | | | | | $2.36 | |
| 08-14-2019 | Paid : GHI2 | | | | | $78.79 | |
| | | | | | $29.24 | | $0.00 |
| | [H25.13] AGE RELATED NUCLEAR CATARACT | | | | | | |
| | [H35.373] PUCKERING OF MACULA | | | | | | |
| | [H43.393] VITREOUS OPACITIES, OTHER | | | | | | |
| | [H43.813] VITREOUS DEGENERATION | | | | | | |
| 07-11-2019 | [92134] OCT | 1.00 | Kenneth Baras.. | $250.00 | $47.16 | | |
| 08-02-2019 | Paid : Medicare | | | | $37.65 | | |
| 08-02-2019 | Write off : Medicare | | | | | | |
| 08-02-2019 | Write Off : National G... | | | | | $0.77 | |
| 08-14-2019 | Paid : GHI2 | | | | | $202.43 | |
| | | | | | $9.51 | | $0.00 |
| | [H35.373] PUCKERING OF MACULA | | | | | | |
| 07-11-2019 | [92226] Ophth Ext. Sub. | 1.00 | Kenneth Baras.. | $200.00 | $58.00 | | |
| 08-02-2019 | Paid : Medicare | | | | $46.30 | | |
| 08-02-2019 | Write off : Medicare | | | | | | |
| 08-02-2019 | Write Off : National G... | | | | | $0.94 | |
| 08-14-2019 | Paid : GHI2 | | | | | $141.50 | |
| | | | | | $11.70 | | $0.00 |
| | [H43.393] VITREOUS OPACITIES, OTHER | | | | | | |
| | [H43.813] VITREOUS DEGENERATION | | | | | | |

**Payment History**

| | | | | |
|---|---|---|---|---|
| 08-02-2019 | Insurance | Medicare - EFT# 802666405 | | $115.71 |
| 08-02-2019 | Insurance | Medicare - EFT# 802666405 | | $37.65 |
| 08-02-2019 | Insurance | Medicare - EFT# 802666405 | | $46.30 |
| 08-14-2019 | Insurance | GHI2 - EFT# 02754335 | | $29.24 |
| 08-14-2019 | Insurance | GHI2 - EFT# 02754335 | | $9.51 |
| 08-14-2019 | Insurance | GHI2 - EFT# 02754335 | | $11.70 |

Total Approved Procedure Cost:   $252.28
Total Applied to Procedures:   $248.21
Balance:   $0.00

2019-11-15 16:54          NYC755 2127729220 >> 2125323301          P 40/42

Shirley Brown - 2878          Receipt#: 44206                                    Dated: 11-15-2019

## Account Balance Summary

|           | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121 - 150 | 151 - 180 | Total |
|-----------|--------|---------|---------|----------|-----------|-----------|-------|
| Patient   | $0.00  | $0.00   | $0.00   | $0.00    | $0.00     | $0.00     | $0.00 |
| Insurance | $0.00  | $0.00   | $0.00   | $0.00    | $0.00     | $0.00     | $0.00 |

2019-11-15 16:55          NYC755 2127729220 >> 2125323301              P 42/42

2019-11-15 16:43     NYC755 2127729220 >> 2125323301     P 3

Name: **Brown, Shirley**    D.O.B: 4/03/48   Age: _____    Date: 7/11/19

Chief Complaint: _____

Tobacco use? _____      Allergies

Pneumonia Vaccine Received? *65yrs and older* _____

Medical History _____

Changes to medical history since last visit? _____

Medications
Systemic      Ocular

VA: OD _____ PH _____    W: OD _____ x _____
OS _____ PH _____      OS _____ x _____
     ADD OD _____ = _____
     _____ = _____

TA: OD _____
OS _____ @ _____

Dilation with _____ @ _____

Keratometry: OD _____
OS _____

EOM: OD
OS

```
Brown Shirley
  TOPCON CL-200
          7-11-19
<R>   S       C      A
     +3.50  +0.00   180
PSM  0.00          0 BASE   ABBE
<L>   S       C      A
     +3.50  +0.00   180
PSM  0.00          0 BASE   ABBE
```

```
1526----------
Brown Shirley  XF
JUL/11/2019  09:59 AM
R~13.75mm

<R>    S      C      A
     + 1.75 - 0.50 126   5
     + 2.00 - 0.75 126   5
     + 2.00 - 0.75 134   5
    <+ 2.00 - 0.75 126>

<L>    S      C      A
     + 2.75 - 0.75  81   7
     + 2.50 - 0.75  76   8
     + 2.75 - 1.00  74   7
    <+ 2.50 - 0.75  76>

PD 65

<R>     mm       D   deg
<R1   7.82   43.25 123>
<R2   7.70   43.75  33>
<AVE  7.76   43.50    >
<CYL        - 0.50 123>

<L>     mm       D   deg
<R1   8.04   42.00  88>
<R2   7.80   43.25 178>
<AVE  7.92   42.50    >
<CYL        - 1.25  88>

NIDEK  ARK-560A
```

| SLIT LAMP EXAM: | OD | OS | COMMENTS |
|---|---|---|---|
| | wnl | wnl | |
| LIDS | | | |
| ADENEXA | | | |
| CONJUNCTIVA | | | |
| CORNEA | | | |
| ANT CHAMBER | | | |
| IRIS | | | |
| PUPILS | | | |
| LENS | | | |

MOOD / AFFECT / ORIENTATION: WNL _____    ABNORMAL/COMMENTS _____

2019-11-15 16:43          NYC755 2127729220 >> 2125323301          P 4

Name: _Brown, Shirley_ D.O.B: _4/23/48_ Age: _____          Date: _7/11/19_

| FUNDUS | OD WNL | OS WNL | COMMENTS |
|---|---|---|---|
| DISC | | | |
| C/D | | | |
| VASC | | | |
| NFL | | | |
| MARGINS | | | |
| COLOR | | | |
| MACULA | | | |
| VESSELS | | | |
| PERIPHERY | | | |
| VITEROUS | | | |

GONIOSCOPY

OD          OS

DISCS

OD          OS

VOLK LENS ☒          3 MIRROR LENS ☐

INDIRECT OPHTHALMOSCOPY: ☒

OD                                        OS

IMPRESSION / DIAGNOSIS:                    RX:

RV/ FOLLOW UP PLAN: _____          MD SIGNATURE : _____

2019-11-15 16:43 NYC755 2127729220 >> 2125323301 P 5

Date: 12/18/18

Name: Braun, Shirley    D.O.B: 4/23/48 Age

Chief Complaint: _____

Tobacco use? _____

Pneumonia Vaccine Received? *65yrs and older* ____

Medical History _____

Changes to medical history since last visit? _____

W: OD___ _____ x ___ ___
OS___ _____ x ___ ___
ADD OD ____ = ____
OS ____ = ____

REF: OD___ _____ x ___ ___
OS___ _____ x ___ ___
ADD OD ____ = ____
OS ____ = ____

Keratometry: OD _____    CCT: OD ____    PAM: (
OS _____    OS ____    PAM: (

EOM: OD
OS

| SLIT LAMP EXAM: | OD wnl | OS wnl | COMMENTS |
|---|---|---|---|
| LIDS | | | |
| ADENEXA | | | |
| CONJUNCTIVA | | | |
| CORNEA | | | |
| ANT CHAMBER | | | |
| IRIS | | | |
| PUPILS | | | |
| LENS | | | |

MOOD / AFFECT / ORIENTATION: WNL. _____ ABNORMAL/COMMENTS _____

Braun, Shirley M/F
../18/2018 08:54 AM
*D 13.75mm

| <R> | S | C | A | |
|---|---|---|---|---|
| + | 2.00 | - 1.00 | 140 | 6 |
| + | 1.75 | - 0.75 | 132 | 7 |
| + | 2.00 | - 1.00 | 138 | 6 |
| <+ | 2.00 | - 1.00 | 138> | |

| <L> | S | C | A | |
|---|---|---|---|---|
| + | 2.25 | - 0.50 | 66 | 8 |
| + | 2.50 | - 0.75 | 77 | 8 |
| + | 2.50 | - 0.75 | 74 | 8 |
| <+ | 2.50 | - 0.75 | 74> | |

PD 64

| <R> | mm | D | deg |
|---|---|---|---|
| <R1 | 7.81 | 43.25 | 142> |
| <R2 | 7.70 | 43.75 | 52> |
| <AVE | 7.76 | 43.50 | > |
| <CYL | | - 0.50 | 142> |

| <L> | mm | D | deg |
|---|---|---|---|
| <R1 | 7.79 | 43.25 | 0> |
| <R2 | 7.79 | 43.25 | 90> |
| <AVE | 7.79 | 43.25 | > |
| <CYL | | - 0.00 | 0> |

Braun, Shirley 12/18/18
TOPCON CL-200

| <R> | S | C | A | |
|---|---|---|---|---|
| | +3.50 | +0.00 | 180 | |
| PSM | 0.00 | | 0 BASE | ABBE |

| <L> | S | C | A | |
|---|---|---|---|---|
| | +3.50 | +0.00 | 180 | |
| PSM | 0.00 | | 0 BASE | ABBE |

TOPCON CL-200

| <R> | S | C | A | |
|---|---|---|---|---|
| | +1.50 | +0.00 | 180 | |
| ADD | +2.00 | | | ABBE |
| PSM | 3.00 | | 272 BASE | |

| <L> | S | C | A | |
|---|---|---|---|---|
| | +1.50 | +0.00 | 180 | |
| ADD | +2.00 | | | ABBE |
| PSM | 2.50 | | 270 BASE | |

Braun / clear

2019-11-15 16:43          NYC755 2127729220 >> 2125323301                    P 6/42

Name: Brown, Shirley   D.O.B: 4/23/48 Age: _____      Date: 12/18/18

| FUNDUS | OD WNL | OS WNL | COMMENTS |
|---|---|---|---|
| DISC | | | |
| C/D | | | |
| VASC | | | |
| NFL | | | |
| MARGINS | | | |
| COLOR | | | |
| MACULA | | | |
| VESSELS | | | |
| PERIPHERY | | | |
| VITEROUS | | | |

**GONIOSCOPY**

OD          OS

**DISCS**

OD          OS

VOLK LENS ☑          3 MIRROR LENS ☐

INDIRECT OPHTHALMOSCOPY: ☑

OD                    OS



IMPRESSION / DIAGNOSIS:          RX:

RV/ FOLLOW UP PLAN: _____          MD SIGNATURE : _____

Name: Brown, Shirley          Date: 10/11/18

D.O.B: 4/23/48   Age: _____

Chief Complaint: _____

Tobacco use? _____

Allergies

Pneumonia Vaccine Received? *65yrs and older* _____

Medical History _____

Changes to medical history since last visit? _____

Medications
Systemic          Ocular

VA: OD _____ PH _____          W: OD _____ x _____
    OS _____ PH _____             OS _____ x _____
                                  ADD OD _____ = _____
                                      OS _____ = _____

IA: OD _____          REF: OD _____ x _____
    OS _____ @ _____        OS _____ x _____
                            ADD OD _____ = _____
                                OS _____ = _____

Dilation with _____ @ _____

Keratometry: OD _____          CCT: OD _____ PAM: O
            OS _____                OS _____ PAM: O

EOM: OD
     OS   Ortho

| SLIT LAMP EXAM: | OD wnl | OS wnl | COMMENTS |
|---|---|---|---|
| LIDS | | | |
| ADENEXA | | | |
| CONJUNCTIVA | | | |
| CORNEA | | | |
| ANT CHAMBER | | | |
| IRIS | | | |
| PUPILS | | | |
| LENS | | | |

6/12/18
TOPCON CL-200
<R> S      C      A
  +3.50  +0.00  180
              ABBE
PSM 0.00       0 BASE
<L> S      C      A
  +3.50  ±0.00  180
              ABBE
PSM          0 BASE

Brown, Shirley

MOOD / AFFECT / ORIENTATION: WNL _____

-------3665-------
E Brown, Shirley M
JUN/12/2018  09:18 AM
VD-13.75mm

          S        C        A
        2.50  -  1.25  129   7
        2.25  -  1.00  131   7
        2.25  -  1.00  133   7
     <   2.25  -  1.00  131>
   <L>  S        C        A
        2.25  -  0.25   45   8
        2.50  -  0.50   65   8
        2.25  -  0.50   64   8
        2.50  -  0.50   64>

PD 64

<R>        mm      D deg
<R1      7.83   43.00  147>
<R2      7.66   44.00   57>
<AVL     7.75   43.50    >
<CYL          - 1.00  147>

<L>        mm      D deg
<R1      7.94   42.50   81>
<R2      7.81   43.25  171>
<AVL     7.88   42.75    >
<CYL          - 0.75   81>

NIDEK   ARK-560A

2019-11-15 16:44          NYC755 2127729220 >> 2125323301          P 8/42

Name: Braun, Shirley          D.O.B: 4/23/48  Age: _____          Date: 6/11/18

| FUNDUS | OD WNL | OS WNL | COMMENTS |
|---|---|---|---|
| DISC | | | |
| C/D | | | |
| VASC | | | |
| NFL | | | |
| MARGINS | | | |
| COLOR | | | |
| MACULA | | | |
| VESSELS | | | |
| PERIPHERY | | | |
| VITEROUS | | | |

**GONIOSCOPY**

OD          OS

**DISCS**

OD          OS

VOLK LENS ☒          3 MIRROR LENS ☐

INDIRECT OPHTHALMOSCOPY: ☒

**OD**          **OS**

IMPRESSION / DIAGNOSIS:          RX:

PVD

(c) ____

____

RV/ FOLLOW UP PLAN: _____          MD SIGNATURE: _____

2019-11-15 16:44          NYC755 2127729220 >> 2125323301          P 9/42

Name: Brown, Shirley                          Date: 11/30/17

                              D.O.B: 4/23/48 Age: _____

Chief Complaint: _____

Tobacco use? _____  ✓ Head ache          Allergies

Pneumonia Vaccine Received? 65yrs and older _____

Medical History _____

Changes to medical history since last visit? _____

VA:  OD _____ PH _____                W:  OD _____
     OS _____ PH _____                    OS _____
                                      ADD OD _____
                                          OS _____

TA:  OD _____                         REF: OD _____
     OS _____ @ _____                      OS _____
                                      ADD OD _____
Dilation with _____                        OS _____
            @ _____

Keratometry: OD _____  CCT: OD _____
           OS _____        OS _____

EOM:  OD

      OS

| SLIT LAMP EXAM: | OD wnl | OS wnl | COMMENTS |
|---|---|---|---|
| LIDS | | | |
| ADENEXA | | | |
| CONJUNCTIVA | | | |
| CORNEA | | | |
| ANT CHAMBER | | | |
| IRIS | | | |
| PUPILS | | | |
| LENS | | | |

MOOD / AFFECT / ORIENTATION: WNL _____  ABNORMAL/COMMENTS _____

NAME Brown. Shirley                    ins / Ocular
NOV/30/2017  09:04 AM
VD=13.75mm

<F>      S       C       A
    + 2.50  - 1.00  117  7
    + 2.50  - 1.00  118  7
    + 2.25    1.00  125  6
    <+ 2.50  - 1.00  118>

<L>      S       C       A
    + 2.50  - 0.50   89  8
    + 2.50  - 0.75   91  8
    + 2.50  - 0.75   93  8
    <+ 2.50  - 0.75   91>

PD 64

<R>      mm      D    deg
    <R1  7.86  43.00  130>
    <R2  7.70  43.75   40>
    <AVE 7.78  43.50      >
    <CYL      - 0.75  130>

<L>      mm      D    deg
    <R1  7.90  42.75   94>
    <R2  7.79  43.25    4>
    <AVE 7.85  43.00      >
    <CYL      - 0.50   94>

NIDEK  ARK-560A

2019-11-15 16:45          NYC755 2127729220 >> 2125323301                P 10/42

Name: Brown, Shirley   D.O.B: 4/23/48 Age: ____   Date: 11/20/17

| FUNDUS | OD WNL | OS WNL | COMMENTS |
|---|---|---|---|
| DISC | | | |
| C/D | | | |
| VASC | | | |
| NFL | | | |
| MARGINS | | | |
| COLOR | | | |
| MACULA | | | |
| VESSELS | | | |
| PERIPHERY | | | |
| VITEROUS | | | |

**GONIOSCOPY**

OD    OS

**DISCS**

OD    OS

VOLK LENS ☐          3 MIRROR LENS ☐

INDIRECT OPHTHALMOSCOPY: ☐

OD    OS



IMPRESSION / DIAGNOSIS:                    RX:

RV/ FOLLOW UP PLAN: _____   MD SIGNATURE : _____

Name: Brown, Shirley          D.O.B.: 4/23/48   Age: 69          Date: 11/14/17

Chief Complaint: _____

Tobacco use? _____

Pneumonia Vaccine Received? *65yrs and older* _____

Medical History _____

Changes to medical history since last visit? _____

Allergies _____

Dx'd Concussion

**Medications**

Systemic          Ocular

VA: OD ___ PH ___
    OS ___ PH ___

W: OD ___
   OS ___

TA: OD ___
    OS ___ @ ___

Dilation with ___ @ ___

Keratometry: OD _____
             OS _____

EOM: OD
     OS

Brown
Shirley

**TOPCON CL-200**

⟨R⟩   S      C      A
      +3.50  +0.00  180
                    ABBE
PSM   0.00         0 BASE

⟨L⟩   S      C      A
      +3.50  +0.00  180
                    ABBE
PSM   0.25         181 BASE

REF:

NOV/14/2017   09:35 AM
VD=13.75mm

⟨R⟩   S      C      A
      + 2.25  - 0.75  118   7
      + 2.00  - 0.50  118   7
      + 2.25  - 0.50  120   7
    ⟨+ 2.25  - 0.50  118⟩

⟨L⟩   S      C      A
      + 2.75  - 0.50  74    7
      + 2.75  - 0.50  66    7
      + 2.75  - 0.50  66    7
    ⟨+ 2.75  - 0.50  66⟩

PD 63

⟨R⟩        mm      D deg
⟨R1    7.83    43.00  140⟩
⟨R2    7.70    43.75  50⟩
⟨AVE   7.77    43.50   ⟩
⟨CYL          - 0.75  140⟩

⟨L⟩        mm      D deg
⟨R1    8.07    41.75  73⟩
⟨R2    7.86    43.00  163⟩
⟨AVE   7.97    42.25   ⟩
⟨CYL          - 1.25  73⟩

A

**TOPCON CL-200**

⟨R⟩   S      C      A
      +1.50  +0.00  180
                    ABBE
ADD +1.50
PSM   3.00         271 BASE

⟨L⟩   S      C      A
      +1.50  +0.00  180
                    ABBE
ADD +1.50
PSM   2.75         265 BASE

| SLIT LAMP EXAM: | OD wnl | OS wnl | COMMENTS |
|---|---|---|---|
| LIDS | | | |
| ADENEXA | | | |
| CONJUNCTIVA | | | |
| CORNEA | | | |
| ANT CHAMBER | | | |
| IRIS | | | |
| PUPILS | | | |
| LENS | | | |

MOOD / AFFECT / ORIENTATION: WNL _____   ABNORMAL/COMMENTS _____

Name: _Brown, Shirley_   D.O.B: _4/23/48_ Age: ____          Date: _11/14/17_

| FUNDUS | OD WNL | OS WNL | COMMENTS |
|---|---|---|---|
| DISC | | | |
| C/D | | | |
| VASC | | | |
| NFL | | | |
| MARGINS | | | |
| COLOR | | | |
| MACULA | | | |
| VESSELS | | | |
| PERIPHERY | | | |
| VITEROUS | | | |

**GONIOSCOPY**

OD        OS

**DISCS**

OD        OS

VOLK LENS ☒          3 MIRROR LENS ☐

INDIRECT OPHTHALMOSCOPY: ☒

OD                                  OS

IMPRESSION / DIAGNOSIS:

RX:

RV/ FOLLOW UP PLAN: _____   MD SIGNATURE : _____



STRATUS OCT
Retinal Thickness Tabular Output Report - 4.0.5 (0076)

Brown, Shirley

DOB: 4/23/1948, ID: NA, Female

Scan Type:    Fast Macular Thickness Map
Scan Date:    7/11/2019
Scan Length:  6.0 mm

Signature: _____

Physician: Kenneth Barasch, M.D.



## STRATUS OCT
### Retinal Thickness Tabular Output Report - 4.0.5 (0076)

Brown, Shirley

DOB: 4/23/1948, ID: NA, Female

| | |
|---|---|
| Scan Type: | Fast Macular Thickness Map |
| Scan Date: | 12/18/2018 |
| Scan Length: | 6.0 mm |

OD     OS

Map Diameters: 1.0mm / 3.0mm / 6.0mm

| Signal Strength (Max 10) | 6 |
|---|---|

| Signal Strength (Max 10) | 5 |
|---|---|

| | Parameter | OD | OS | Diff (OD-OS) |
|---|---|---|---|---|
| Thickness | Foveal minimum | | | -3 |
| | Fovea | 180 | 180 | 0 |
| Average Retinal Thickness (microns) | Temporal inner macula | 263 | 259 | 4 |
| | Superior inner macula | 281 | 269 | 12 |
| | Nasal inner macula | 273 | 272 | 1 |
| | Inferior inner macula | 276 | 276 | 0 |
| | Temporal outer macula | 213 | 216 | -3 |
| | Superior outer macula | 235 | 235 | 0 |
| | Nasal outer macula | 306 | 290 | 16 |
| | Inferior outer macula | 235 | 226 | 9 |
| | Superior/inferior outer | 1.012 | 1.053 | -0.041 |
| | Temporal/Nasal inner | 0.956 | 0.945 | 0.011 |
| | Temporal/Nasal outer | 0.830 | 0.884 | -0.054 |
| Volume (cubic mm) | Fovea | 0.126 | 0.126 | 0.000 |
| | Temporal inner macula | 0.412 | 0.406 | 0.006 |
| | Superior inner macula | 0.441 | 0.423 | 0.010 |
| | Nasal inner macula | 0.429 | 0.428 | 0.001 |
| | Inferior inner macula | 0.432 | 0.432 | 0.000 |
| | Temporal outer macula | 1.153 | 1.170 | -0.017 |
| | Superior outer macula | 1.263 | 1.264 | -0.002 |
| | Nasal outer macula | 1.649 | 1.623 | 0.066 |
| | Inferior outer macula | 1.265 | 1.218 | 0.047 |
| | Total macula volume | 6.900 | 6.760 | 0.140 |

OD macular map values (Microns): 265, 281, 272, 18, 252, 160, 274, 235, 275, 229

OS macular map values (Microns): 226, 269, 250, 273, 160, 258, 227, 275, 229

| OD | Scans used | 1, 2, 3, 4, 5, 6 |
|---|---|---|

| OS | Scans used | 1, 2, 3, 4, 5, 6 |
|---|---|---|

Normal Distribution Percentile: 100% / 99% / 95% / 5% / 1% / 0%

0  100  200  300  400  500 μm

Signature:

Physician: Kenneth Barasch, M.D.

2019-11-15 16:47       NYC755 2127729220 >> 2125323301            P 17/42



**STRATUS OCT**
Retinal Thickness Tabular Output Report ~ 4.0.5 (0076)

Borchard, William

DOB: 11/19/1938, ID: #24432, Male

Scan Type:     Fast Macular Thickness Map
Scan Date:     12/18/2018
Scan Length:   6.0 mm

OD          OS

Signal Strength (Max 10)   6     Signal Strength (Max 10)   6

| | Parameter | OD | OS | Diff (OD-OS) |
|---|---|---|---|---|
| Thickness | Foveal minimum | | 174 | 4 |
| Average Retinal Thickness (microns) | Fovea | 206 | 205 | 1 |
| | Temporal inner macula | 255 | 253 | 1 |
| | Superior inner macula | 260 | 258 | 2 |
| | Nasal inner macula | 272 | 265 | -2 |
| | Inferior inner macula | 256 | 257 | 2 |
| | Temporal outer macula | 203 | 211 | -8 |
| | Superior outer macula | 227 | 238 | -11 |
| | Nasal outer macula | 267 | 264 | 3 |
| | Inferior outer macula | 213 | 219 | -9 |
| Volume (cubic mm) | Superior/inferior outer | 1.091 | 1.128 | -0.037 |
| | Temporal/Nasal inner | 0.873 | 0.862 | 0.011 |
| | Temporal/Nasal outer | 0.657 | 0.702 | -0.045 |
| | Fovea | 0.164 | 0.163 | 0.001 |
| | Temporal inner macula | 0.402 | 0.401 | 0.001 |
| | Superior inner macula | 0.409 | 0.405 | 0.004 |
| | Nasal inner macula | 0.413 | 0.417 | -0.004 |
| | Inferior inner macula | 0.407 | 0.404 | 0.003 |
| | Temporal outer macula | 1.078 | 1.119 | -0.041 |
| | Superior outer macula | 1.204 | 1.256 | -0.058 |
| | Nasal outer macula | 1.257 | 1.24 | 0.017 |
| | Inferior outer macula | 1.108 | 1.123 | -0.015 |
| | Total macula volume | 6.413 | 6.500 | -0.093 |

Microns                          Microns

| OD | Scans used | 1, 2, 3, 4, 5, 6 |   | OS | Scans used | 1, 2, 3, 4, 5, 6 |

Normal Distribution Percentile

100%
99%
95%
5%
1%
0%

0  100  200  300  400  500 µm

Signature:

Physician: Kenneth Barasch, M.D.

2019-11-15 16:48          NYC755 2127729220 >> 2125323301                    P 19/42

## STRATUS OCT
### RNFL Thickness Average Analysis Report - 4.0.5 (0076)

Brown, Shirley

DOB: 4/23/1948, ID: NA, Female

| | | |
|---|---|---|
| Scan Type: | Fast RNFL Thickness (3.4) |
| Scan Date: | 6/12/2018 |
| Scan Length: | 10.87 mm |

OD

OS

Signal Strength (Max 10)    6

Signal Strength (Max 10)    6

| OD | Scans used | 1, 2, 3 |
|---|---|---|
| OS | Scans used | 1, 2, 3 |

Normal distribution Percentiles
- 100%
- 95%
- 5%
- 1%
- 0%

|  | OD (N=3) | OS (N=3) | OD-OS |
|---|---|---|---|
| Imax/Smax | 1.38 | 1.10 | 0.28 |
| Smax/Imax | 0.72 | 0.91 | -0.18 |
| Smax/Tavg | 1.80 | 2.16 | -0.36 |
| Imax/Tavg | 2.49 | 2.37 | 0.11 |
| Smax/Navg | 2.03 | 3.52 | -1.49 |
| Max-Min | 13.00 | 27.00 | -14.00 |
| Smax | 109.00 | 41.00 | -32.00 |
| Imax | 51.00 | 55.00 | -4.00 |
| Savg | 93.00 | 14.00 | -21.00 |
| Iavg | 125.00 | 18.00 | 7.00 |
| Avg.Thick | 83.06 | 84.19 | -1.13 |

Signature:

Physician: Kenneth Barasch, M.D.

2019-11-15 16:49          NYC755 2127729220 >> 2125323301          P 21/42



SINGLE FIELD ANALYSIS
NAME: BROWN, SHIRLEY                                    EYE: RIGHT
ID: 2878                                                DOB: 04-23-1948

CENTRAL 24-2 THRESHOLD TEST

FIXATION MONITOR: GAZE/BLIND SPOT      STIMULUS: III, WHITE      PUPIL DIAMETER: 3.8 MM      DATE: 11-30-2017
FIXATION TARGET: CENTRAL               BACKGROUND: 31.5 ASB      VISUAL ACUITY: 20/50       TIME: 18:03 PM
FIXATION LOSSES: 1/11                  STRATEGY: SITA-FAST        RX:     DS     DC X         AGE: 69
FALSE POS ERRORS:  0 %
FALSE NEG ERRORS:  6 %
TEST DURATION: 04:15

FOVEA: OFF

GHT
GENERAL REDUCTION OF SENSITIVITY

VFI      96%

MD      -5.82 DB  P < 1%
PSD      1.97 DB  P < 5%

TOTAL DEVIATION            PATTERN DEVIATION

:: < 5%
%% < 2%
%% < 1%
██ < 0.5%

ROBERT A. DITKOFF, M.D., PC.
755 PARK AVENUE
NEW YORK, NY 10021
212-772-2000

© 2007 CARL ZEISS MEDITEC
HFA II 740-11717-4.2.2/4.2.2



SINGLE FIELD ANALYSIS

NAME: BROWN, SHIRLEY                                      EYE: LEFT
ID: 2878                                                  DOB: 04-23-1948
CENTRAL 24-2 THRESHOLD TEST

FIXATION MONITOR: GAZE/BLIND SPOT      STIMULUS: III, WHITE        PUPIL DIAMETER: 3.0 MM      DATE: 11-20-2017
FIXATION TARGET: CENTRAL               BACKGROUND: 31.5 ASB        VISUAL ACUITY: 20/40        TIME: 10:03 AM
FIXATION LOSSES: 4/11 XX               STRATEGY: SITA-FAST         RX:    DS    DC X          AGE: 69
FALSE POS ERRORS: 0 %
FALSE NEG ERRORS: 0 %
TEST DURATION: 03:34

FOVEA: OFF

TOTAL DEVIATION

PATTERN DEVIATION

+++ LOW TEST RELIABILITY +++

GHT
BORDERLINE/GENERAL REDUCTION

VFI    95%

MD    -6.25 DB  P < 0.5%
PSD    3.22 DB  P < 1%

:: < 5%
∷ < 2%
※ < 1%
■ < 0.5%

ROBERT A. OITKOFF, M.D., PC.
755 PARK AVENUE
NEW YORK, NY  10021
212-772-2880

© 2007 CARL ZEISS MEDITEC
HFA II 740-11717-4.2.2/4.2.2

2019-11-15 16:50          NYC755 2127729220 >> 2125323301                P 24/42

2019-11-15 16:50      NYC755 2127729220 >> 2125323301      P 25/42

Shirley Brown - 2878      Receipt#: 14483      Dated: 11-15-2019

**ITEMIZED CHARGES**

Dated : 11-15-2019

Robert R. Ditkoff MD. PC
755 Park Avenue
New York, NY 10021
Telephone #212-772-2800
Fax #212-772-9220
Tax ID #133034510

Shirley C Brown
2289 5th Avenue, Apt 10M
New York, NY, 10037

Patient ID     :2878
Patient Phone #:
Other Phone # :917-873-9803
Receipt #      :14483
Primary Ins    : National Goverment Services
Secondary Ins  : Ghi

| Date | Description | Unit | Physician | Charges | Payment | Adjustment | Balance |
|---|---|---|---|---|---|---|---|
| 11-14-2017 | [92014] Ophth. Comp. Est. | 1.00 | Kenneth Baras,. | $225.00 | $135.48 | | |
| 11-30-2017 | Paid : Medicare | | | | $107.94 | | |
| 11-30-2017 | Write off : Medicare | | | | | $2.20 | |
| 11-30-2017 | Write Off : National G... | | | | | $87.32 | |
| 12-13-2017 | Paid : GHI2 | | | | $27.54 | | $0.00 |
| | [h25.13] | | | | | | |
| | [h35.373] | | | | | | |
| | [h43.393] | | | | | | |
| | [h43.813] | | | | | | |
| 11-14-2017 | [92226] Ophth Ext. Sub. | 1.00 | Kenneth Baras,. | $200.00 | $53.88 | | |
| 11-30-2017 | Paid : Medicare | | | | $42.93 | | |
| 11-30-2017 | Write off : Medicare | | | | | $0.88 | |
| 11-30-2017 | Write Off : National G... | | | | | $145.24 | |
| 12-13-2017 | Paid : GHI2 | | | | $10.95 | | $0.00 |
| | [h43.393] | | | | | | |
| | [h43.813] | | | | | | |
| 11-14-2017 | [92134] OCT | 1.00 | Kenneth Baras,. | $250.00 | $45.12 | | |
| 11-30-2017 | Paid : Medicare | | | | $35.95 | | |
| 11-30-2017 | Write off : Medicare | | | | | $0.73 | |
| 11-30-2017 | Write Off : National G... | | | | | $204.15 | |
| 12-13-2017 | Paid : GHI2 | | | | $9.17 | | $0.00 |
| | [h35.373] | | | | | | |

**Payment History**

| Date | Type | Description | Balance |
|---|---|---|---|
| 11-30-2017 | Insurance | Medicare - EFT# 898937610 | $107.94 |
| 11-30-2017 | Insurance | Medicare - EFT# 898937610 | $42.93 |
| 11-30-2017 | Insurance | Medicare - EFT# 898937610 | $35.95 |
| 12-13-2017 | Insurance | GHI2 - EFT# 1523862 | $27.54 |
| 12-13-2017 | Insurance | GHI2 - EFT# 1523862 | $10.95 |
| 12-13-2017 | Insurance | GHI2 - EFT# 1523862 | $9.17 |

Total Approved Procedure Cost: $238.29
Total Applied to Procedures: $234.48
Balance: $0.00

2019-11-15 16:50                NYC755 2127729220 >> 2125323301              P 27/42

Shirley Brown - 2878          Receipt#: 14463                                    Dated: 11-15-2019

### Account Balance Summary

|          | 0 - 30  | 31 - 60 | 61 - 90 | 91 - 120 | 121 - 150 | 151 - 180 | Total  |
|----------|---------|---------|---------|----------|-----------|-----------|--------|
| Patient  | $0.00   | $0.00   | $0.00   | $0.00    | $0.00     | $0.00     | $0.00  |
| Insurance| $0.00   | $0.00   | $0.00   | $0.00    | $0.00     | $0.00     | $0.00  |

2019-11-15 16:51              NYC755 2127729220 >> 2125323301            P 29/42

Shirley Brown - 2878                Receipt#: 15389                          Dated: 11-15-2019

                                        ITEMIZED CHARGES

                                                                    Dated : 11-15-2019

Robert R. Ditkoff MD. PC
755 Park Avenue
New York, NY 10021
Telephone #212-772-2800
Fax #212-772-9220
Tax ID #133034510


Shirley C Brown                          Patient ID      : 2878
2289 5th Avenue, Apt 10M                 Patient Phone #:
New York, NY, 10037                      Other Phone #  : 917-873-9803
                                         Receipt #      : 15389
                                         Primary Ins    : National Goverment Services
                                         Secondary Ins  : Ghi

| Date | Description | Unit | Physician | Charges | Payment | Adjustment | Balance |
|------|-------------|------|-----------|---------|---------|------------|---------|
| 11-30-2017 | [92083] Visual Field | 1.00 | Kenneth Baras.. | $150.00 | $71.45 | | |
| 12-18-2017 | Paid : Medicare | | | | $56.93 | | |
| 12-18-2017 | Write off : Medicare | | | | | $1.16 | |
| 12-18-2017 | Write Off : National G... | | | | | $77.39 | |
| 12-27-2017 | Paid : GHI2 | | | | $14.52 | | $0.00 |
| | [h40.003] | | | | | | |

**Payment History**

| 12-18-2017 | Insurance | Medicare - EFT# 899039153 | $56.93 |
|------------|-----------|---------------------------|--------|
| 12-27-2017 | Insurance | GHI2 - EFT# 1556944 | $14.52 |

Total Approved Procedure Cost: $72.61
Total Applied to Procedures: $71.45
Balance: $0.00

**Account Balance Summary**

| | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121 - 150 | 151 - 180 | Total |
|--|--------|---------|---------|----------|-----------|-----------|-------|
| Patient | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Insurance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

2019-11-15 16:51            NYC755 2127729220 >> 2125323301            P 30/42

Case 1:20-cv-01092-AMD-JO   Document 1-18   Filed 02/27/20   Page 80 of 100 PageID #: 217

Shirley Brown - 2878                Receipt#: 25297                    Dated: 11-15-2019

**ITEMIZED CHARGES**

Dated : 11-15-2019

Robert R. Ditkoff MD, PC
765 Park Avenue
New York, NY 10021
Telephone #212-772-2800
Fax #212-772-9220
Tax ID #133034510

Shirley C Brown                          Patient ID        : 2878
2289 5th Avenue, Apt 10M                 Patient Phone #:
New York, NY, 10037                      Other Phone #  : 917-873-9803
                                         Receipt #        : 25297
                                         Primary Ins      : National Goverment Services
                                         Secondary Ins   : Ghi

| Date | Description | Unit | Physician | Charges | Payment | Adjustment | Balance |
|------|-------------|------|-----------|---------|---------|------------|---------|
| 06-12-2018 | [92014] Ophth. Comp. Est. | 1.00 | Kenneth Baras.. | $225.00 | $139.40 | | |
| 06-28-2018 | Paid : Medicare | | | | $111.07 | | |
| 06-28-2018 | Write Off : Medicare | | | | | $2.27 | |
| 06-28-2018 | Write Off : National G... | | | | | $83.33 | |
| 07-11-2018 | Paid : GHI2 | | | | $28.33 | | $0.00 |
| | [H40.003] GLAUCOMA SUSPECT | | | | | | |
| | [H43.393] VITREOUS OPACITIES, OTHER | | | | | | |
| | [H43.813] VITREOUS DEGENERATION | | | | | | |
| 06-12-2018 | [92226] Ophth Ext. Sub. | 1.00 | Kenneth Baras., | $200.00 | $54.99 | | |
| 06-28-2018 | Paid : Medicare | | | | $43.81 | | |
| 06-28-2018 | Write off : Medicare | | | | | $0.89 | |
| 06-28-2018 | Write Off : National G... | | | | | $144.12 | |
| 07-11-2018 | Paid : GHI2 | | | | $11.18 | | $0.00 |
| | [H43.393] VITREOUS OPACITIES, OTHER | | | | | | |
| | [H43.813] VITREOUS DEGENERATION | | | | | | |
| 06-12-2018 | [92133] OCT RNFL | 1.00 | Kenneth Baras.. | $250.00 | $41.92 | | |
| 06-28-2018 | Paid : Medicare | | | | $33.40 | | |
| 06-28-2018 | Write off : Medicare | | | | | $0.68 | |
| 06-28-2018 | Write Off : National G... | | | | | $207.40 | |
| 07-11-2018 | Paid : GHI2 | | | | $8.52 | | $0.00 |
| | [H40.003] GLAUCOMA SUSPECT | | | | | | |

**Payment History**

| Date | | Description | | Amount |
|------|--|-------------|--|--------|
| 06-28-2018 | Insurance | Medicare - EFT# 800231435 | | $111.07 |
| 06-28-2018 | Insurance | Medicare - EFT# 800231435 | | $43.81 |
| 06-28-2018 | Insurance | Medicare - EFT# 800231435 | | $33.40 |
| 07-11-2018 | Insurance | GHI2 - EFT# 1909044 | | $28.33 |
| 07-11-2018 | Insurance | GHI2 - EFT# 1909044 | | $11.18 |
| 07-11-2018 | Insurance | GHI2 - EFT# 1909044 | | $8.52 |

Total Approved Procedure Cost:  $240.15
Total Applied to Procedures:  $236.31
Balance:  $0.00

Page 1/2

Case 1:20-cv-01092-AMD-JO   Document 1-18   Filed 02/27/20   Page 82 of 100 PageID #: 219

Shirley Brown - 2878          Receipt#: 25297                                    Dated: 11-15-2019

### Account Balance Summary

|          | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121 - 150 | 151 - 180 | Total  |
|----------|--------|---------|---------|----------|-----------|-----------|--------|
| Patient  | $0.00  | $0.00   | $0.00   | $0.00    | $0.00     | $0.00     | $0.00  |
| Insurance| $0.00  | $0.00   | $0.00   | $0.00    | $0.00     | $0.00     | $0.00  |

2019-11-15 16:53      NYC755 2127729220 >> 2125323301      P 35/42

Shirley Brown - 2878      Receipt#: 37027      Dated: 11-15-2019

**ITEMIZED CHARGES**

Dated : 11-15-2019

Robert R. Ditkoff MD. PC
755 Park Avenue
New York, NY 10021
Telephone #212-772-2800
Fax #212-772-9220
Tax ID #133034510

Shirley C Brown
2289 5th Avenue, Apt 10M
New York, NY, 10037

| | |
|---|---|
| Patient ID | : 2878 |
| Patient Phone # | : |
| Other Phone # | : 917-873-9803 |
| Receipt # | : 37027 |
| Primary Ins | : National Goverment Services |
| Secondary Ins | : Ghi |

| Date | Description | Unit | Physician | Charges | Payment | Adjustment | Balance |
|---|---|---|---|---|---|---|---|
| 12-18-2018 | [92014] Ophth. Comp. Est. | 1.00 | Kenneth Baras.. | $225.00 | $139.40 | | |
| 01-03-2019 | Paid : Medicare | | | | $111.07 | | |
| 01-03-2019 | Write off : Medicare | | | | | $2.27 | |
| 01-03-2019 | Write Off : National G... | | | | | $83.33 | |
| 03-13-2019 | Paid : GHI2 | | | | $28.33 | | $0.00 |
| | [H25.13] AGE RELATED NUCLEAR CATARACT | | | | | | |
| | [H35.373] PUCKERING OF MACULA | | | | | | |
| | [H43.393] VITREOUS OPACITIES, OTHER | | | | | | |
| | [H43.813] VITREOUS DEGENERATION | | | | | | |
| 12-18-2018 | [92226] Ophth Ext. Sub. | 1.00 | Kenneth Baras.. | $200.00 | $54.99 | | |
| 01-03-2019 | Paid : Medicare | | | | $43.81 | | |
| 01-03-2019 | Write off : Medicare | | | | | $0.89 | |
| 01-03-2019 | Write Off : National G... | | | | | $144.12 | |
| 03-13-2019 | Paid : GHI2 | | | | $11.18 | | $0.00 |
| | [H43.393] VITREOUS OPACITIES, OTHER | | | | | | |
| | [H43.813] VITREOUS DEGENERATION | | | | | | |
| 12-18-2018 | [92134] OCT | 1.00 | Kenneth Baras.. | $250.00 | $46.17 | | |
| 01-03-2019 | Paid : Medicare | | | | $36.79 | | |
| 01-03-2019 | Write off : Medicare | | | | | $0.75 | |
| 01-03-2019 | Write Off : National G... | | | | | $203.08 | |
| 03-13-2019 | Paid : GHI2 | | | | $9.36 | | $0.00 |
| | [H35.373] PUCKERING OF MACULA | | | | | | |

**Payment History**

| Date | | | | Balance |
|---|---|---|---|---|
| 01-03-2019 | Insurance | Medicare - EFT# 801396296 | | $111.07 |
| 01-03-2019 | Insurance | Medicare - EFT# 801396296 | | $43.81 |
| 01-03-2019 | Insurance | Medicare - EFT# 801396296 | | $36.79 |
| 03-13-2019 | Insurance | GHI2 - EFT# 02417237 | | $28.33 |
| 03-13-2019 | Insurance | GHI2 - EFT# 02417237 | | $11.18 |
| 03-13-2019 | Insurance | GHI2 - EFT# 02417237 | | $9.36 |

Total Approved Procedure Cost: $244.47
Total Applied to Procedures: $240.56
Balance: $0.00

Page 1/2

2019-11-15 16:53          NYC755 2127729220 >> 2125323301          P 36/42

Shirley Brown - 2878          Receipt#: 37027                                              Dated: 11-15-2019

**Account Balance Summary**

|           | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121 - 150 | 151 - 180 | Total |
|-----------|--------|---------|---------|----------|-----------|-----------|--------|
| Patient   | $0.00  | $0.00   | $0.00   | $0.00    | $0.00     | $0.00     | $0.00 |
| Insurance | $0.00  | $0.00   | $0.00   | $0.00    | $0.00     | $0.00     | $0.00 |

2019-11-15 16:54          NYC755 2127729220 >> 2125323301          P 38/42





December 6, 2019

ılılılılıllılılırılıllllllılırılllllılırlıllılırlıllllırlılll

617 1 MB 0.428
***MIXED AADC 720 R:617 T:4 P:4 PC:4 F:1084801
LERNER ARNOLD & WINSTON, LLP
475 PARK AVE S FL 28
NEW YORK, NY 10016-6922



**\*COPY\***

For Information Only

--------------------------------------------------------------------------------



December 6, 2019

617 1 MB 0.428
***MIXED AADC 720 R:617 T:4 P:4 PC:4 F:1084801
SHIRLEY C BROWN
███████████████████

| | |
|---|---|
| Beneficiary Name: | BROWN, SHIRLEY C |
| Medicare ID: | *****6415A |
| Case Identification Number: | 20173 63090 00349 |
| Date of Incident: | August 28, 2017 |

### THIS IS NOT A BILL. DO NOT SEND PAYMENT AT THIS TIME.

Subject: Beneficiary Conditional Payment Letter

Dear SHIRLEY C BROWN:

*If we know you have a representative for this matter, we are sending him/her a copy of this letter. If you have any questions regarding this letter and are represented by an attorney or other individual in this matter, you may wish to talk to your representative before contacting us.*





This letter follows a previous letter notifying you/your attorney of Medicare's priority right of recovery as defined under the Medicare Secondary Payer provisions. Conditional Medicare payments for Medicare Part A and Part B Fee-for-Service claims have been made that we believe are related to your case for the Date of Incident listed above. These conditional payments are subject to reimbursement to Medicare from proceeds you may receive pursuant to a settlement, judgment, award, or other payment.

As of the date of this letter, and based upon the available information, Medicare has identified $1,667.46 in conditional payments that we believe are associated with your case. A listing of Part A and Part B Fee-for-Service claims that comprise this total is enclosed with this letter; please review this listing carefully and let us know as soon as possible if this list is incorrect or inaccurate.

If you believe the enclosed itemization of conditional payments is incomplete, inaccurate, or that you are not responsible for repaying Medicare for these payments, please provide written documentation along with an explanation to support your dispute/rebuttal, to the address listed below. Please include a description of the injury with your response. The following is a list of documents (not all inclusive) that could assist in processing your dispute/rebuttal request:

- Statute of limitations submitted by the insurer
- Physicians statement or discharge summary
- Independent medical exams
- Medical records
- Written statement defining similar injuries or pre-existing conditions

Please also be advised that we are still investigating this case file to obtain any other outstanding Medicare conditional payments; therefore, the enclosed listing of current conditional payments is not final. We request that you/your attorney refrain from sending any monies to Medicare prior to submission of settlement information and receipt of a demand/recovery calculation letter from our office. This will eliminate underpayments, overpayments, and/or associated delays. Once the case settles, please furnish our office with the information requested on the attached "Final Settlement Detail Document".

We have posted this conditional payment information under the "MyMSP" tab of the www.mymedicare.gov website. The information at www.mymedicare.gov will be updated weekly with any changes or newly processed claims. If you wish, you may track the medical expenses that were paid by Medicare, and if you have an attorney or other representative, provide him/her with this information. This may help you with finalizing your settlement.

 

If you have any questions concerning this matter, please contact the Benefits Coordination & Recovery Center (BCRC) by phone at 1-855-798-2627 (TTY/TDD: 1-855-797-2627 for the hearing and speech impaired), in writing at the address below, or by fax to 405-869-3309  When sending correspondence, please include the Beneficiary Name along with the Medicare ID and Case Identification Number (shown above).

Sincerely,



BCRC

CC: LERNER ARNOLD & WINSTON, LLP

Enclosures:     Final Settlement Detail Document
                Payment Summary Form





## Final Settlement Detail Document

Beneficiary Name:          BROWN, SHIRLEY C
Medicare ID:               *****6415A
Date of Incident:          August 28, 2017
Case Identification Number: 20173 63090 00349

Please supply the information outlined below to help Medicare to properly calculate the amount it is due. This information will also be used to update your records.



**Total Amount of the Settlement:**                        _____

**Total Amount of Med-Pay or PIP:**                        _____
** *only if paid directly to the beneficiary*
  *or the beneficiary's representative*

**Attorney Fee Amount Paid by the Beneficiary:**           _____

**Additional Procurement Expenses Paid by the Beneficiary:** _____
  (Please submit an itemized listing of these expenses)

**Date the Case Was Settled:**                        _____/_____/_____

**Description of Injuries:**                               _____

**Name of person who is providing this information:**      _____

**Relationship with the Beneficiary:**                     _____

This information should be submitted to:

> NGHP
> PO BOX 138832
> OKLAHOMA CITY, OK 73113

If you have any questions concerning this matter, please contact the Benefits Coordination & Recovery Center (BCRC) by phone at 1-855-798-2627 (TTY/TDD: 1-855-797-2627 for the hearing and speech impaired), in writing at the address below, or by fax to 405-869-3309. When sending correspondence, please include the Beneficiary Name along with the Medicare ID and Case Identification Number (shown above).

 

# **Payment Summary Form**

| | | |
|---|---|---|
| Report Number: | RMCAN - 5-5 | |
| Contractor: | NGHP | |

Date:: 12/06/2019
Time: 06:16:22
Page 5 of 6

| | | | |
|---|---|---|---|
| Beneficiary Name: | BROWN, SHIRLEY C | Case ID: | 20173 63090 00349 |
| Beneficiary Medicare ID: | *****6415A | Case Type: | L – Liability |
| | | Date of Incident: | 08/28/2017 |

Reported Diagnosis Codes: S060X0A, S0990XA

| TOS | ICN | Line # | Processing Contractor | Provider Name/NPI# | ICD Ind | ***DX Codes | **HCPCS / DRG | From Date | To Date | Total Charges | Reimbursed Amount | Conditional Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40 | 21725402011007C AA | 0 | 01011 | UC SAN DIEGO HEALTH HILLCREST - HILLCREST MED CTR / 1184722779 | ICD-10 | R51, R200, S0990XA, W208XXA | | 08/29/2017 | 08/29/2017 | $5,235.00 | $406.90 | $406.90 |
| 40 | 21727001857107C AA | 0 | 01011 | UC SAN DIEGO HEALTH HILLCREST - HILLCREST MED CTR / 1184722779 | ICD-10 | G8911, S060X0D, V971XXD | | 09/08/2017 | 09/08/2017 | $1,980.81 | $395.13 | $395.13 |
| 40 | 21731701304904N YA | 0 | 13001 | NYU LANGONE HOSPITALS / 1275632895 | ICD-10 | G4452, G514, R200 | | 11/10/2017 | 11/10/2017 | $162.26 | $8.58 | $8.58 |







| TOS | ICN | Line # | Processing Contractor | Provider Name/NPI# | ICD Ind | ***DX Codes | **HCPCS / DRG | From Date | To Date | Total Charges | Reimbursed Amount | Conditional Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40 | 21733100490604NYA | 0 | 13001 | NYU LANGONE HOSPITALS / 1275632895 | ICD-10 | G4452, G514, R200 | | 11/21/2017 | 11/21/2017 | $8,642.41 | $362.87 | $362.87 |
| 71 | 551117250431040 | 001 | 01182 | NORBASH, ALEXANDER M / 1790752269 | ICD-10 | S0990XA, R200 | H: 70450 | 08/29/2017 | 08/29/2017 | $436.00 | $35.14 | $35.14 |
| 71 | 551817251332400 | 001 | 01182 | AMINLARI, AMIR H / 1316964380 | ICD-10 | R51, R200 | H: 99284 | 08/29/2017 | 08/29/2017 | $477.00 | $88.37 | $88.37 |
| 71 | 551817263326740 | 002 | 01182 | TOLIA, VAISHAL M / 1013198696 | ICD-10 | R51, S060X0D | H: 99282 | 09/08/2017 | 09/08/2017 | $168.00 | $31.18 | $31.18 |
| 71 | 751817297064440 | 001 | 13202 | PILLAI, CINTHI / 1538435953 | ICD-10 | G4452, G514, R200 | H: 99205 | 10/23/2017 | 10/23/2017 | $710.00 | $185.91 | $185.91 |
| 71 | 751117326905350 | 001 | 13202 | SHEPHERD, TIMOTHY M / 1427108737 | ICD-10 | G4452, G514 | H: 70553 | 11/21/2017 | 11/21/2017 | $2,660.00 | $102.05 | $102.05 |
| 71 | 751117341830480 | 001 | 13202 | LAJOIE, JOSIANE M / 1003824046 | ICD-10 | G4452, G514, R200 | H: 95812 | 11/29/2017 | 11/29/2017 | $265.00 | $51.33 | $51.33 |

**H - HCPCS Code, D - DRG Code
***Part-A Claim Primary Diagnosis Code is denoted in bold font

| | |
|---|---|
| Sum of Total Charges | $20,736.48 |
| Total Reimbursed Amount | $1,667.46 |
| Total Conditional Payments | $1,667.46 |



OCA Official Form No.: 960

**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA**
[This form has been approved by the New York State Department of Health]

| Patient Name | | Date of Birth | Social Security Number |
|---|---|---|---|
| **SHIRLEY BROWN** | | ███████ | ███████ |
| Patient Address | ███████ | | |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:
NYU Lamone, Dr. Pillai - 240 E. 38th Street, 15th FL., New York, NY. 10016

8. Name and address of person(s) or category of person to whom this information will be sent:
Chan & Grant - 1U1 Lexington Avenue, suite 1G, New York, NY 10010

9(a). Specific information to be released:
- ☑ Medical Record from (insert date) 8/28/2017 to (insert date) present
- ☐ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.
- ☐ Other: _____

Include: (*Indicate by Initialing*)
SB    Alcohol/Drug Treatment
SB    Mental Health Information
SB    HIV-Related Information

**Authorization to Discuss Health Information**

(b) ☐ By initialing here _____ I authorize _____
                    Initials                                    Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:

_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information:<br>☐ At request of individual<br>☑ Other: **Litigation** | 11. Date or event on which this authorization will expire:<br><br>**End of Litigation** |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

Signature: *Shirley Brown*                     Date: 1/27/20
Signature of patient or representative authorized by law.

\* **Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.**



OCA Official Form No.: 960

**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA**
[This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| **SHIRLEY BROWN** | | |

Patient Address

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:
In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:
UCSan Diego Health - 200 W. Harbor Drive, San Diego, CA 92103

8. Name and address of person(s) or category of person to whom this information will be sent:
Chan&Grant, LLP - 101 Lexington Ave, Suite 101, N.Y, N.Y. 10010

9(a). Specific information to be released:
☒ Medical Record from (insert date) 8/28/2017 to (insert date) Present
☐ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: _____

_____

Include: (*Indicate by Initialing*)
SB Alcohol/Drug Treatment
SB Mental Health Information
SB HIV-Related Information

**Authorization to Discuss Health Information**

(b) ☐ By initialing here _____ I authorize _____
Initials                    Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:

_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information:<br>☐ At request of individual<br>☒ Other: **Litigation** | 11. Date or event on which this authorization will expire:<br><br>**End of Litigation** |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

Signature: *Shirley Brown*                    Date: 1/27/20
Signature of patient or representative authorized by law.

\* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.



OCA Official Form No.: 960

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
[This form has been approved by the New York State Department of Health]

| Patient Name | | Date of Birth | Social Security Number |
|---|---|---|---|
| **SHIRLEY BROWN** | | ███████ | ███████ |
| Patient Address | ███████ | | ███████ |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:
NYU Health System | Dr. Delfino - 240 E. 38th St. 20th FL, New York, N.Y. 10016

8. Name and address of person(s) or category of person to whom this information will be sent:
Chon & Grant LLP - 111 Lexington Ave Suite 1G, New York, NY, 10010

9(a). Specific information to be released:
☒ Medical Record from (insert date) 8/23/2017 to (insert date) Present
☐ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: _____

_____

Include: (Indicate by Initialing)
_SB_ Alcohol/Drug Treatment
_SB_ Mental Health Information
_SB_ HIV-Related Information

**Authorization to Discuss Health Information**

(b) ☐ By initialing here _____ I authorize _____
        Initials                                    Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:

_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: | 11. Date or event on which this authorization will expire: |
|---|---|
| ☐ At request of individual | |
| ☒ Other: **Litigation** | **End of Litigation** |
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

Signature: _Shirley Brown_          Date: _1/27/20_
Signature of patient or representative authorized by law.

\* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.



OCA Official Form No.: 960

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
[This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| **SHIRLEY BROWN** | ███████ | ███████ |
| Patient Address | | |
| ███████████████████████ | | |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:
Dr. Kenneth R. Barasch - 755 Park Ave, New York, NY 10021

8. Name and address of person(s) or category of person to whom this information will be sent:
Chan & Grant, LLP. 161 Lexington Ave, Suite 161, New York, NY 10010

9(a). Specific information to be released:
☑ Medical Record from (insert date) 8/23/2017 to (insert date) Present
☐ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: _____

Include: (*Indicate by Initialing*)
SB   Alcohol/Drug Treatment
SB   Mental Health Information
SB   HIV-Related Information

**Authorization to Discuss Health Information**

(b) ☐ By initialing here _____ I authorize _____
              Initials                                      Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:

_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information:<br>☐ At request of individual<br>☑ Other: **Litigation** | 11. Date or event on which this authorization will expire:<br><br>**End of Litigation** |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_Shirley Brown_                           Date: ___1/27/20___
Signature of patient or representative authorized by law.

\* **Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.**

Index No.:    700805

Year: 2019

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

SHIRLEY BROWN,

     Plaintiff,

  -against-

AMERICAN AIRLINES GROUP INC.
and JANE DOE,

     Defendants.

## PLAINTIFF'S RESPONSE TO COMBINED DEMANDS

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney duly admitted to practice law in the State of New York, certifies that, upon information and belief based upon reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

*Dated:* _____January 24, 2020_____

*Signature:* _____

*Print Signer's Name:* _____Jacob L. Levine_____

*Service of a copy of the within*       ]   *is hereby admitted.*

*Dated:*

.................................................

*Attorney(s) for*

**LERNER, ARNOLD & WINSTON, LLP**
475 Park Avenue South, 28th Floor
New York, New York 10016
(212) 686-4655