# Exhibit T

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-----------------------------------------------------------------X
SHIRLEY BROWN,

                        Plaintiff,

-against-

AMERICAN AIRLINES GROUP INC., JANE DOE
and AMERICAN AIRLINES INC.,

                        Defendants.
-----------------------------------------------------------------X

Index No.: 706805/2019

**NOTICE OF WITHDRAWAL OF MOTION TO COMPEL**

PLEASE TAKE NOTICE, that defendants' Motion to Compel Response to Defendants' Demand Pursuant to CPLR 3017(c), Motion Sequence 001, returnable February 26, 2020, in Courtroom 67, IAS Part 30, is hereby withdrawn.

By: _____
Alice Chan
*Attorneys for Defendants*
*American Airlines Group, Inc. and*
*American Airlines, Inc.*
61 Lexington Avenue, Suite 1G
New York, New York 10010
Tel: (646) 779-2988
Fax: (646) 779-2950

1

Index No: 706805/2019

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
_____
SHIRLEY BROWN,

                           Plaintiff,

  -against-

AMERICAN AIRLINES GROUP INC.,
JANE DOE and AMERICAN AIRLINES INC.

                         Defendants.
_____
_____

**NOTICE OF WITHDRAWAL OF MOTION TO COMPEL**
_____

*LAW OFFICES*
*CHAN & GRANT, LLP*
Attorneys for Defendants
AMERICAN AIRLINES GROUP INC.
and AMERICAN AIRLINES, INC.
61 Lexington Avenue, Suite 1G
New York, New York 10010
(646) 779-2988