UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHIRLEY BROWN,

                    Plaintiff,

   - against -

AMERICAN AIRLINES GROUP INC., JANE DOE
and AMERICAN AIRLINES INC.,

                   Defendants
------------------------------------------------------------X

Case No.: 20-cv-1092

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that, on February 27, 2020, service of the defendants, American Airlines Group Inc. and American Airlines, Inc.'s Notice of Removal with attachments, and Civil Cover Sheet was made by first class mail, postage prepaid pursuant to Fed. R. Civ. P. 5(b)(1)(2)(C) upon:

    Jacob L. Levine
    LERNER, ARNOLD & WINSTON, LLP
    475 Park Avenue South, 28th Floor
    New York, New York 10016

    Attorneys for Plaintiff

Dated: February 27, 2020
New York, New York

                                            Respectfully yours,

                                            /s Alice Chan

                                            Alice Chan (AC-0311)
                                            CHAN & GRANT, LLP
                                            Attorneys for Defendants
                                            American Airlines Group Inc.
                                            and American Airlines, Inc.
                                            61 Lexington Avenue, Suite 1G
                                            New York, New York 10010
                                            alice.chan@changrant.com
                                            Tel: (646) 779-2988
                                            Fax: (646) 779-2950