UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SHIRLEY BROWN,

                      Plaintiff,

    -against-

AMERICAN AIRLINES GROUP INC., JANE DOE
and AMERICAN AIRLINES INC.,

                    Defendants.
-------------------------------------------------------------X

Index No.: 1:20-CV-01092-AMD-JO

**NOTICE OF SETTLEMENT**

      Please be advised that Plaintiff, and Defendants, American Airlines Group Inc. and American Airlines, Inc. have reached a settlement in the captioned matter and are working to finalize closing papers on the action, including filing Stipulations of Dismissal, with Prejudice of the action for all defendants. We request that the parties be provided forty-five (45) days to file the Stipulations of Dismissal.

Dated: June 10, 2020

_____
Alice Chan (AC-0311)
CHAN & GRANT, LLP
*Attorneys for Defendants*
*American Airlines Group Inc.*
*and American Airlines, Inc.*
61 Lexington Avenue – Suite 1G
New York, NY 10010
Tel: (646) 779-2988
Fax: (646) 779-2950
alice.chan@changrant.com

_____
Charles Martin Arnold.
LERNER, ARNOLD & WINSTON, LLP
*Attorneys for Plaintiff*
*Shirley Brown*
475 Park Avenue South, 28th Floor
New York, NY 10016
Tel: (212) 685-4655
cmarnold@lawpartnersllp.com

So Ordered: _____