UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHIRLEY BROWN,

                Plaintiff,

  -against-

AMERICAN AIRLINES GROUP INC., JANE DOE
And AMERICAN AIRLINES, INC.,

               Defendants.
------------------------------------------------------------X

Case No.: 1:20-cv-01092 (AMD)(JO)

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, the attorneys of record for Plaintiff and defendants, American Airlines Group Inc. and American Airlines, Inc., parties to the above-entitled action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, dismissed, with prejudice, without costs to either aforementioned party as against the other.

Dated:

Alice Chan (AC-0311)
CHAN & GRANT, LLP
*Attorneys for Defendants*
*American Airlines Group Inc.*
*and American Airlines, Inc.*
61 Lexington Avenue – Suite 1G
New York, NY 10010
Tel: (646) 779-2988
Fax: (646) 779-2950
alice.chan@changrant.com

Dated: 8/28/20

Charles Martin Arnold.
LERNER, ARNOLD & WINSTON, LLP
*Attorneys for Plaintiff*
*Shirley Brown*
475 Park Avenue South, 28th Floor
New York, NY 10016
Tel: (212) 685-4655
cmarnold@lawpartnersllp.com

So Ordered: _____
                United States District Judge